United States District Court
Southern District of Texas
FILED

DEC 2 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
_____ DIVISION

PERSONS IN STATE CUSTODY APPLICATION FOR   B-02-234
HABEAS CORPUS UNDER 28 U.S.C. SECTION 2254

Name: Edward Kent Hauersperger   02-0234-CV-W   P

Prison Number: 873197 Texas

Place of Confinement: Bill Clements Unit Amirillo TX

United States District Court _____ District of _____

Case No: _____ (to be supplied by Clerk of the U.S. District Court)

Edward Kent Hauersperger                                          PETITIONER
(Your Full Name)

v.

Lexington Co. Missouri                                            RESPONDENT
(Name of Warden, Superintendent, Jailer, or authorized person having custody of petitioner.)

and

THE ATTORNEY GENERAL OF THE STATE OF Missouri and
Govenor of Missouri ADDITIONAL RESPONDENT.

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, petitioner should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

**Instructions - Read Carefully**

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

1

(3) Pursuant to 28 U.S.C. § 2244(d)(1) and (2), this petition must be filed within 1 year of the latest of: (1) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review; (2) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action; (3) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or (4) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence. The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation.

(4) Pursuant to 28 U.S.C. § 2244(b), a second or successive habeas corpus application must be authorized as provided in 28 U.S.C. § 2244 by a panel of the United States Court of Appeals for the Eighth Circuit before a second or successive motion may be filed in the district court. Submit a copy of the appropriate authorization with these forms if this is a second or successive application.

(5) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(6) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(7) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(8) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(9) When the petition is fully completed, the <u>original and two copies</u> must be mailed to the Clerk of the United States District Court whose address is _____

_____

(10) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
_____ DIVISION

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack: _____
   138th District of Texas Cameron Co. Texas

2. Date of judgment of conviction: May 10th 1999

3. Length of sentence: 10 yrs. probated

4. Nature of offense involved (all counts): Sexual assault Adult Female

5. What was your plea? (Check one)

   (a) Not guilty    ✓

   (b) Guilty        ___

   (c) Nolo Contendere ___

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)   (a) Jury ✓  (b) Judge only ___

7. Did you testify at the trial?   Yes [ ]  No ✓   Declared Felon By Judge

8. Did you appeal from the judgment of conviction Yes ✓ No [ ]  asked for appeal attorney never filed one.

3

9. If you did appeal, answer the following:

   (a) Name of court: 138th District court

   (b) Result: None

   (c) Date of result: None. Most letters motions refused

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes [✓]    No [ ]

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court: Lubbock Co. District court Texas Judge Blair Cherry

        (2) Nature of proceeding: Habius corpus

        (3) Grounds raised: Denied right to appeull cause, denied effective assistance of council. Conviction obtained by evidence or unlawfull arrest conviction obtained by prosecutors failure to tell plaintiff of evidence favorable to himself.

        (4) Did you receive an evidentiary hearing on your petition, application, or motion?
            Yes [ ]  No [✓]

        (5) Result: told to go to other court.

        (6) Date of result: Jan 16th 2002

    (b) As to any second petition, application, or motion give the same information:

        (1) Name of court: 138th district court cameron co

        (2) Nature of proceeding: Habius corpus

        Grounds raised: Same as above

        (4) Did you receive an evidentiary hearing on your petition, application, or motion?
            Yes [ ]  No [✓]

        (5) Result: Never Answered

        (6) Date of result: 060620l Enacted

4

(c) As to any third petition, application, or motion, give the same information:

(1) Name of court: Court of criminal appeals Texas

(2) Nature of proceeding: Habius corpus

(3) Grounds raised: See Attached Denied Direct Appeal

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes [✓] No [ ]

(5) Result: dissmissed because I supposedly have direct appea

(6) Date of result: 04 24 2002

(d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc.         Yes [ ] No [X]

(2) Second petition, etc.       Yes [ ]   No [X]

(3) Third petition, etc.        Yes [X] No [ ]

(e) If you did <u>not</u> appeal from the adverse action on any petition, application, or motion, explain why you did not:

_____

_____

_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

**CAUTION:** In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) or which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by a plea of guilty which was induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

**(c)** Conviction obtained by use of evidence gained pursuant to an unconstitutional search or seizure.

**(d)** Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

**(e)** Conviction obtained by a violation of the privilege against self-incrimination.

**(f)** Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

**(i)** Denial of effective assistance of counsel.

**(j)** Denial of right of appeal.

Conviction obtained by Mallicious prosecution

Texas court rule 613(c) Conviction obtained by prior consistant statements of witnesses

Failure to due dilligence to prosecute

Violation of Illegal sentence "Punishment"

Denial of time credit on sentence

No evidence, insufficiant evidence

Prosecution and defence given different times to speak

Plaintiff was denied access to courts and/or his Texas criminal practice guide was taken, then he was allowed no law books until after conviction.

6

A. Ground one: Evidence obtained by unlawful arrest

Supporting **FACTS** (tell your story briefly without citing cases or law):

Texas agents arrested me by farce and took me from Lexington co, mo Lafayette without benifit of Judge, attorney, or writ of habius corpus

B. Ground two: Evidence obtained by unlawfull arrest

Supporting **FACTS** (tell your story briefly without citing cases or law):

Deputies came across their legal juristiction to orriginally arrest me

C. Ground three: _____

Supporting **FACTS** (tell your story briefly without citing cases or law):

_____

D. Ground four: _____

Supporting **FACTS** (tell your story briefly without citing cases or law):

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state o federal, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgmen under attack? Yes [ ] No [✓]

15. Give the name and address, if known, of each attorney who represented you in the following stages of th judgment attacked herein:

    (a) At preliminary hearing  Chester Gonzolaze

    (b) At arraignment and plea  Chester Gonzolaze

    (c) At trial  Chester Gonzolaze

    (d) At sentencing  Chester Gonzolaze

    (e) On appeal  None

    (f) In any post-conviction proceeding  Attorney Padilla

    (g) On appeal from any adverse ruling in a post-conviction proceeding.
    Attorney Quit

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?   Yes [ ]   No [✓]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes [ ] No [✓]

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    _____

    (b) And give date and length of sentence to be served in the future:

8

_____
_____

(c) Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?
Yes [ ]          No [ ]

Wherefore, petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 13 day of Aug. , 2002

_____
Signature of Petitioner