2

United States District Court
Southern District of Texas
FILED

DEC 2 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

Edward Kent Hauersperger )
Petitioner                                   02-0821-CV-W     P

                                        )          Case No. B-02-234
                v.                      )
                                        )
GOV., AHNY Gen. missouri·               )
Respondent(s)                           )

### AFFIDAVIT IN SUPPORT OF REQUEST TO
### PROCEED *IN FORMA PAUPERIS* -- PRISONER CASES

I, Edward Kent Hauersperger
declare (1) that I am the plaintiff    in this case; (2) that in support of my motion to
proceed without being required to prepay fees or costs, I state that because of my poverty, I am
unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief.

1.    Place of confinement of petitioner: Bill clements prison
      Amarillo, TX.

2.    Crime(s) for which you have been convicted, date and sentence on each:
      Sexual assault   April 10th 1999

3.    Are you presently employed?                    Yes X       No ___

      a.    If the answer is "yes," state the amount of your salary or wages per month, and
            give the name and address of your employer.    po.
            OO   State of Texas 17853
                 Austin, TX. 78701

      b.    If the answer is "no," state the date of last employment and the amount of the
            salary and wages per month which you received.

4.  Have you received, within the past twelve (12) months, money from any of the following sources?

|                                                       | Yes | No |
|-------------------------------------------------------|-----|----|
| Business, profession or form of self-employment?      | __  | \  |
| Rent payments, interest or dividends?                 | __  | \  |
| Pensions, annuities or life insurance payments?       | __  | \  |
| Gifts or inheritances?                                | __  | \  |
| Any other sources?                                    | __  | \  |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

_____

_____

5.  Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts during the last six (6) months.)    Yes ___    No \

If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

_____

_____

6.  Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ___    No \

If the answer is "yes," describe the property and state its approximate value.

_____

_____

7.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 13th day of August , 2002

_____
(Signature of Petitioner)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**Authorization for Release of Institutional Account Information and Payment of the Filing Fee**

I, Edward Kent Hauersperger
(Name of Petitioner)                                    (Register Number)

authorize the Clerk of Court to obtain information from the institution at which I presently reside about deposits into and withdrawals from my account at this institution during the past six months to determine my eligibility to proceed in forma pauperis, pursuant to the provisions of 28 U.S.C. § 1915.

_____
(Signature of Petitioner)

13th Aug, 02
_____
(Date)

3