United States District Court
Southern District of Texas
FILED

DEC 24 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EDWARD KENT HAUERSPERGER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.  02-0821-CV-W-DW-P |
| ) | B-02-234 |
| ATTORNEY GENERAL OF MISSOURI, ) | |
| et al.,[1] ) | |
| ) | |
| Respondents. ) | |

**ORDER GRANTING PETITIONER PROVISIONAL LEAVE TO PROCEED
IN FORMA PAUPERIS AND TRANSFERRING CASE TO THE
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

Petitioner is incarcerated at the Bill Clemonts Correctional Facility in Amarillo, Texas. He has filed this case *pro se*, seeking habeas corpus relief under 28 U.S.C. § 2254. Petitioner's claims appear to stem from his conviction for sexual assault in Cameron County, Texas.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."  28 U.S.C. § 1404(a).  Because the events giving rise to petitioner's claims appear to have occurred within the Southern District of Texas, *see* 28 U.S.C. § 124(b)(4) (Cameron County located in the Southern District of Texas), the Court finds that this case should

---

[1] The Court is uncertain as to why petitioner named the Missouri Attorney General as a respondent in this case.

DOCUMENT 3

be transferred there for all further proceedings.

Accordingly it is **ORDERED** that petitioner is granted provisional leave to proceed *in forma pauperis*, and this case is transferred to the United States District Court for the Southern District of Texas for all further proceedings.

/s/ Dean Whipple
DEAN WHIPPLE
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: October 21, 2002            .