UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD KENT HAUERSPEGER,<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-02-234

**ORDER**

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without pre-payment of cost of fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2254 Petition on or before March 12, 2003.

DONE at Brownsville, Texas, this 10th day of January, 2003.

Felix Recio
United States Magistrate Judge