*5*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *EDWARD KENT HAUERSPEGER,* | § | |
| *A/K/A EDWARD K. LaFONTAINE,* | § | |
| *TDCJ-ID #873197,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CAUSE NO. B-02-234 |
| | § | (Honorable Felix Recio) |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent, Janie Cockrell, Director of the Texas Department of Criminal

Justice's Institutional Division (the "Director"), by and through the Attorney General for the State

of Texas and files this *Respondent Cockrell's First Motion for Extension of Time with Brief in*

*Support.*

**I.**

This is a habeas corpus case brought by a Texas state prisoner, Edward Kent Hauerspeger

a/k/a Edward K. LaFontaine ("Hauerspeger"), under 28 U.S.C. §§ 2241, 2254 (West 2002). By order

of this court entered January 13, 2003, the Director is required to file a responsive pleading on or

before March 12, 2003.

**II.**

Although the undersigned has received Petitioner's state court records, the undersigned has

not had sufficient time to review these records in order to determine the appropriate response to the

allegations raised in the instant petition for writ of habeas corpus. The Director respectfully requests

additional time to review said records and in which to file a responsive pleading in this cause.

As justification for this extension of time, the undersigned was unable to successfully order

Petitioner's state court records when his federal writ petition was received because the Petitioner was convicted under a different name than that used in the federal writ petition. Petitioner did not indicate in his federal writ petition that he had been previously convicted under a different name. Further, since receiving Petitioner's state court records on February 27, 2003, the undersigned has drafted seven responsive pleadings in other habeas corpus cases. The undersigned assures the court that this request for an extension of time is not designed to unnecessarily delay these proceedings. Rather this extension is necessary to determine the appropriate response to the claims raised in the instant petition.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests an extension of thirty (30) days, up to and including April 11, 2003, in which to mail for filing a responsive pleading in this cause.

Respectfully submitted,

GREGG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*JAMES R. SMITH
Assistant Attorney General
State Bar No. 24027873
Southern District No. 30821

*Attorney in Charge

2

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, James R. Smith, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause.  Respondent will not speculate on whether Petitioner will oppose this motion.

_____
JAMES R. SMITH
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, James R. Smith, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing *Respondent Cockrell's First Motion for Extension of Time with Brief in Support* has been served on Petitioner by placing same in the United States Mail, postage prepaid, on this the 10th day of March, 2003, addressed to:

Mr. Edward Kent Hauerspeger
a/k/a Edward K. LaFontaine
TDCJ-ID #873197
Michael Unit
P.O. Box 4500
Tennessee Colony, TX 75886

_____
JAMES R. SMITH
Assistant Attorney General

3