IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EDWARD KENT HAUERSPEGER, | § | |
| A/K/A EDWARD K. LaFONTAINE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CAUSE NO. B-02-234 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S MOTION TO SUBSTITUTE COUNSEL
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through her attorney, the Attorney General of Texas, and files her Motion to Substitute Counsel with Brief in Support.

**I.**

This is a habeas corpus case brought by Texas state prisoner Edward Kent Hauerspeger a/k/a Edward K. LaFontaine ("Hauerspeger"), pursuant to 28 U.S.C. §§ 2241, 2254. The former lead counsel of record, Assistant Attorney General James R. Smith, resigned from the Habeas Corpus Division of the Office of the Attorney General effective March 28, 2003. Thus, it has become necessary for this case to be internally transferred to Assistant Attorney General Gretchen B. Merenda.

The attached cover letter will serve as notice to Petitioner and to the district clerk's office to remove Assistant Attorney General James R. Smith as lead counsel and instead, to forward all future correspondence to the undersigned counsel, Gretchen B. Merenda, at the Office of the Attorney General, Habeas Corpus Division, P.O. Box 12548, Capitol Station, Austin, Texas, 78711-2548.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that James R. Smith be removed as lead counsel of record for the Respondent and Gretchen B. Merenda be substituted thereof.

                                    Respectfully submitted,

                                    GREG ABBOTT
                                    Attorney General of Texas

                                    BARRY R. McBEE
                                    First Assistant Attorney General

                                    JAY KIMBROUGH
                                    Deputy Attorney General
                                      for Criminal Justice

                                    S. MICHAEL BOZARTH
                                    Assistant Attorney General
                                    Chief, Habeas Corpus Division


                                    _____
*Lead Counsel                          GRETCHEN B. MERENDA*
                                    Assistant Attorney General
                                    State Bar No. 24010233
                                    Southern District Admission No. 25065

                                    Habeas Corpus Division
                                    P.O. Box 12548, Capitol Station
                                    Austin, Texas 78711-2548
                                    (512) 936-1400
                                    (Fax) (512) 936-1280

                                    ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Gretchen B. Merenda, Assistant Attorney General for the State of Texas, do hereby certify that a conference is not possible because Hauerspeger is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent will not speculate on whether the petitioner will oppose this motion.

GRETCHEN B. MERENDA
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Gretchen B. Merenda, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion to Substitute Counsel has been served by placing same in the United States Mail, postage prepaid, on this the 14th day of March, 2003, addressed to:

Mr. Edward Kent Hauerspeger
a/k/a Edward K. LaFontaine
TDCJ-ID #873197
Michael Unit
P.O. Box 4500
Tennessee Colony, TX 75886

GRETCHEN B. MERENDA
Assistant Attorney General