IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD KENT HAUERSPEGER, | § | |
| A/K/A EDWARD K. LaFONTAINE, | § | |
| TDCJ-ID #873197, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CAUSE NO. B-02-234 |
| | § | (Honorable Felix Recio) |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**United States District Court
Southern District of Texas
ENTERED
MAR 2 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk**

# ORDER

Came on this day to be considered *Respondent Cockrell's First Motion for Extension of Time*, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's motion be **GRANTED**, and that Respondent's time to place in the mail for filing a responsive pleading in this cause should be and hereby is extended up to and including the **11th day of April, 2003**.

SIGNED on this the 20th day of March, 2003.

_____
JUDGE PRESIDING