IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD KENT HAUERSPEGER, § | | |
| A/K/A EDWARD K. LaFONTAINE, § | | |
| Petitioner, § | | |
| § | | |
| V. § | CAUSE NO. B-02-234 | |
| § | | |
| JANIE COCKRELL, DIRECTOR, § | | |
| TEXAS DEPARTMENT OF CRIMINAL § | | |
| JUSTICE, INSTITUTIONAL DIVISION, § | | |
| Respondent. § | | |

## ORDER TO SUBSTITUTE COUNSEL

CAME ON TO BE HEARD Respondent Cockrell's Motion to Substitute Counsel, and this Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is therefore, ORDERED, ADJUDGED and DECREED that Respondent Cockrell's Motion to Substitute Counsel is GRANTED; that Assistant Attorney General James R. Smith is hereby withdrawn as lead counsel; and that Gretchen B. Merenda is substituted in her place as lead counsel for Respondent thereof.

It is so ORDERED.

SIGNED on this the 20th day of March, 2003.

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED

MAR 21 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk