U.S. District court
Souther District of Texas.
Brownsville Division

United States District Court
Southern District of Texas
RECEIVED
APR 1 4 2003
Michael N. Milby, Clerk

## Writen Notice of Adress change

Edward Kent Hauersperger § Habius corpus of
AKA LaFontaine 873197
                              § 96-CR-1627b
V,                               Cameron county
Director of Texas;        §        CA B02-234
TDCJ-ID Janie cochreel;

Here comes above named plaintiff and advises Honorable court of New Adress of: P.O. Box 9200 New Boston, Texas 75570.

E. Kent Hauersperger

Enacted this the 5th day of April the 2003rd year of our Lord and Savior christ. E. Kent Hauersperger