United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED
APR 21 2003
Michael N. Milby
Clerk of Court

Edward Kent Hauersperger §
    Petitioner, §
 §
V. §
 §
Janie Cockrell, §   Cival Action No, B-02-
Director, Texas Department §   234
of Criminal Justice, §
Institutional Division §
    Respondent §

## Quash Janie Cockrells response; RELEASE ME

Here comes Now above Named prisoner and asks Honorable court to ignore all of Respondents Answer to His Habius corpus with exception of Admition of guilt. Pen in hand I cryed; litterally. There is no statue of Limitations for felonious acts. Should not the Attorney general for my great state of Texas be investigating criminal information given, instead of trying to stop the release of a prisoner who is innosent and in life's Danger? Becouse he recieved information 7 days late, possibly? I believe so and contest Attorny Generals Answer to my MANY Habius-corpusus;

1) I Attempted to file for Habius corpus relief in LaFayette co. missouri, Lexington, MO. Jan. ~~28~~ 1997 and was refused by Attorny, sheriff, and Texas agents, Documented Fact. Texas Law is in control of my cause Any where in the United States and <u>by Law</u> I should have been given Habius corpus hearing before being moved from custody there to Brownsville, TX. I had been in custody of Texas since March 29th 1994 unbeknownst to me.

A) That is factually where I filed my first Habius corpus, orally to sheriff, and Texas Agents. They refused to Allow me Judge. Douse Kansas city, MO. Have Jurisdiction?

2) State of Texas claimed in time extention request to have all Documents from state, court of criminal appeals sent me copy of 3 Habius corpus writs that they that they had recieved,

one employeeing 43 violations of Law against me, state did not answer near all of my Habius-corpus Application.

3) State asks that movant not be allowed 7 day time extension sic. Yet, Takes 80 day's with a handfull of Attornys, All Bar Registered, and asks for more time, to answer mental patient with no Legal books, (They were stolen by state employees of Texas at Travis co. state Agents threw away movants Texas criminal practice guide as well as much more.) 77 I.Q.) with no counsil motion. Then finds no lack whatsoever.

4) Movant has Allerted court earlier that he was unstable psych. patient being refused proper medication by state. Making it near impossible to control consentration. was beatan by state employees frst's to lack of sight, and then refused eye glasses,

5) Movant at a great disatuantage still shows Great violation of constitutional law and malisous incarseration in conspiracy with many to cause great pain and injurre (SEE USE of Force Films)

State ADMITS INJURY saying "It douse Not Deny" Those supperted by the record and those specifically admitted HereiN." (page 1 of cockrells response.

Movant prays for Imediate relief of release for sumary judgement. Plaintiff has suffered many beating(s) and is housed in very dangerous penitenturie in Texas with much Gang activitie all around him. Plaintiff has proven by document more than 19 constitutional violations. Non movant only answers 13 of over 43 complaints.

I PRAY for LIBERTY. I PRAY, FoR THE "JUST" Thing. Not another "Jest" filled reply by State for visous action. Malisous, consous shocking activity must be stoped, for <u>All</u> Good citizens.

I Edward Kent Hauersperger certify all of the forgoing to be true to the best of my Belief and knowledge. Enacted this the 17th day of April in the 2003 Year of our lord and savior christ. E Kent Hauersperger

Certificate of Service

I Edward Kent Hauersperger hereby certify that a true and correct copy of the foregoing motion was sent via prison U.S. mail on this 17th day of April.
Adressed to Gretchen B. Merenda
P.O. BOX 12548, capitol station
Austin, TX. 78711