CAB-02-234

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE           04/15/03
T014/TSH7990              IN-FORMA-PAUPERIS DATA                    05:39:52
TDCJ#: 00873197 SID#: 03004740 LOCATION: TELFORD      INDIGENT DTE: 07/29/99
NAME: LA FONTAINE,EDWARD K               BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:
6MTH DEP:                 6MTH AVG BAL:              6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS


PROCESS DATE    HOLD AMOUNT       HOLD DESCRIPTION
                                  ------------------
                                  NO BANKING ACTIVITY
                                  WITHIN THE PAST 6
                                  MONTH PERIOD.
                                  ------------------
```

United States District Court
Southern District of Texas
FILED

APR 21 2003

Michael N. Milby
Clerk of Court

STATE OF TEXAS COUNTY OF Bowie
ON THIS THE 16 DAY OF April, 03, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

TAMMY D. SHARP
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-26-2005

*Tammy D. Sharp* (signature)