IN the United States District Court
for the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED
MAY 02 2003
Michael N. Milby
Clerk of Court

Edward Kent Hauersperger  §
#873197 (Petitioner)       §
                           §
V.                         § Cival Action No. B-02-234
                           §
Janie Cochrell, Director   §
T.D.C.J.I.D.               §
      (Respondent)         §
                           §

## Petitioners motion for proper time credit

Here comes now Edward Kent Hauersperger and pleads to Honorable court to order him his proper, and lawful time credit on his sentance ordered by 138th district court and in support of such request shows that:

1) court has juristiction of cause.

2) Plaintiff has filed for proper time with original court no less than 5 times and refused answer at least 3.

3) Plaintiff has lost liberty interest in way of parole hearing; for release.

4) Plaintiff(s) time credit of record is lacking at least 4 years time credit(s).

5) Plaintiff was arrested on March 29th 1994 on beach while traveling by Town of South Padre Island police. Questioned, Mug shot taken, then released.

6) Plaintiff was arrested on or about April 14th 1994 by nearby Harligen police Dept. and kept in jail for five days for public intoxification; then released.

7) At time of both of these arrest(s) Plaintiff was wanted by town of South Padre Island for sexual assault.

8) Plaintiff was ran on N.C.I.C. computer by several law enforcement agencys in lue of work application and other at least 20 times over next 2 years and 7 months, untill being arrested on charge by Missori police November 5th ~~1999~~ 1996 bringing rise to question lack of due dilligence to prosecute.

9) Plaintiff has knowledge that if an agency releases a man from custody while he has a warrant, Hold, by another Agency From that point on man recieves flat time credit twords warrant, sentance.

10) Plaintiff was released by Cameron County Sheriff Dept. without Probation being enacted, officiating same as Previous.

Henceforth plaintiff prays honorable court order plaintiff proper time credited towards sentance of Record, by no fault of his own.

Edward Kent Hauersperger hereby certifies against penalty of perjury all the foregoing to be true to the best of my belief and knowledge. Enacted this the twenty fourth day of april in the two thousandth and third year of our lord and savior christ.

E. Kent Hauersperger
Edward Kent Hauersperger
AKA LaFontaine; 873197
P.O. 9200 New Boston, Texas
75570

## Certificate of Service

I edward Kent Hauersperger hereby certifie that a true and correct copy of the foregoing has been sent to Jannie cochrells Attorney Gretchen B Merenda at P.O. 12548, Capitol Station Austin, Texas 78711 via Prison Mail System, this day April 24th 2003.

E Kent Hauersperger

) Movant again notifies court of his new Adress; it is P.O. Box 9200 New, Boston, Texas 75570 +9200