

U.S. District court of the
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED
MAY 0 6 2003
Michael N. Milby
Clerk of Court

Edward Kent Hauersperger §
#873197 §
(Plaintiff) §
V. §   Cause No. B-02-234
Jeanie Cochrell, director, §
T.D.C.J.I.D. §
(Defendant) §
§

## Motion for out of time, time extention

Here comes above named ~~Defe~~ plaintiff and asks Honorable court for out of time, time extention. The State of Texas claims that pro-se plaintiff with 77 I.Q. was 7 days late filing his Habius corpus and there ~~fore~~ is time barred, "even though He had no Attorney, and is FACTUALLY INNOSENT. Plaintiff shows that,

)1 much, if not All of one year Allowed plaintiff to file Habius corpus plaintiff was listed unstable in psychiatric Hospital.

)2 Plaintiff notified court of his disabillitie to work on, or respond to court actions.

)3 Plaintff observes "sabath day" sunset friday to sunset saturday, and RELIGIOUSIEY douse not work; a matter of TDCJID RECORD,

whereas plaintiff prays for a 52 day out of time, time extention from Honorable court.

Edward Kent Hauersperger certify's all of the foregoing to be true to the best of my belief and knowledge. Enacted this the 27th day of April in the 2003rd year of our Lord, and Savior, Christ. E. Kent Hauersperger

Edward Kent Hauersperger sic
AKA Edward LaFontaine #873197
P.O. 9200 New Boston, Texas
75570

# Certificate of Service

I Edward Kent Hauersperger Hereby certify against penalty of perjury that a true and correct copy of the foregoing was mailed to Gretchen B. Merenda via Inter Agency Mail to P.P. 2548 Austin, TX. 78711 Enacted this the 28th day of April in the 2003rd Year of our lord and Savior Christ. E. Kent Hauersperger

**BILLY FOX**
DISTRICT CLERK
BOWIE COUNTY, TEXAS



BOWIE COUNTY COURTHOUSE   BOX 248   NEW BOSTON, TEXAS 75570
PHONE (903) 628-6750 OR (903) 628-6751
FAX (903) 628-6761

*Edward Hauusperger* # 873197
Barry Telford Unit – TDCJ-ID
P. O. Box 9200
New Boston, TX 75570

Dear Sir:

    Your paperwork is being returned for the following reason:

       ✓  Pleading not in compliance with Chapter 14,
           TEXAS CIVIL PRACTICE & REMEDIES CODE

       ___  Criminal complaints are not processed by this office

       ___  There is no provision under law for filings of this
           nature in this office

       ___  Other

                                        *Dean Maddox*
                                        Deputy

*Original that was sent and deared by court*

IN the _____ District court
     *clerk will assign*
of Texas in Bowie Co.

Edward Kent Hauersperger § Conserning 96-CR-1627b
AKA LaFontaine #873197        §
                              § No. _____
V,                            §    *clerk will assign*
The State of Texas;           §
Barry Telford; Warden Roleen; §
Warden Hutchinson; Warden Stephanssic §

## Prayer for Life, Habius corpus

Here comes now above named plaintiff and state some of facts conserning his unlawful incarseration at Barry Telford prison Unit, Edward Kent Hauersperger shows that:

1) Prosecutor Factually perjured himself indicting plaintiff with many malicious activities.

2) Counsel was ineffective in as he was malicously unprepared and not only apologized to jurrors for defending him (plaintiff, yet was negligent in all aspects of pre trial, trial and appeal of 96-CR-1627b testifreing to court that he had THREE trials that week. plaintiff douse not have info. of his preparation, and outcome of other two trials; yet believes they would show Habit.

1 of 4

*Returned 04 24 2003 clerk says it violates chapter 14 T.C.P.R.C.*

A) counsel refused to seek eye witness, who would have been discovered in the most basic police investigation.

3) Court determined plaintiff convicted felon without pre-trial investigation, and put burdon[sic] on plaintiff who was incarserated without bail to prove otherwise.

A) Attorney for plaintiff was not allowed NCIC readout or other documents to prove plaintiff was not convicted felon.

B) pre-sentance investigation proved plaintiff was not pre-convicted felon, and plaintiff was allowed to testifie, yet prosecutor predjudiced his testimonie with perjurous, slanderous, lies.

C) court litterally laughed at most, if not all of plaintiffs attempts to pray for right of constitutional wrongs.

4) Plaintiff has been Beat, raped, and denied any remedy for all.

5) Plaintiff is denied medical attention, for many ills.

6) Plaintiff's legal Documents of recent all less than 6 mos. old have been taken. Habit... like past documents leaving plaintiff to start over again.

2 of 4

7) Plaintiff now resides against consious shocking acts against constitutional law and against his will at Barry Telford unit of T.D.C.J.-I.D. located in above courts juristiction in New Boston, Texas by warden(s) Roleen sic; Hutchinson sic; stephans sic as well as Barry Telford.

Plaintiff is innosent of crime(s) he has been indicted for by the state of Texas, Cameron Co. As well "The Town of South Padre Island is not an intitie sic of Cameron Co. or the State of Texas!

Plaintiff prays court investigate other claims by plaintiff be investigated by non movants who now unlawfully hold him. Other claims are available at Missouri ~~state~~ Supreme court; F.B.I. Dallas Texas; 138th District court of Texas; Logan Co. Illinois; Lubbock court of Honorable Blair Cherry, 13th court of appeals; Tyler division of U.S. District court; Brownsville division of US District court; Amarillo Division of US District court; Court of criminal appeals; Austin, TX.; Travis county court, Austin, TX.

3 of 4

Plaintiff douse not now have copy, or record of these or others. Due to plaintiffs Indigent Account(s). Plaintiff is refused all, and investigating help, copy of courts record, or Attorney. Due to plaintiffs lack of known effective treatment for Bi-polar Disorder plaintiff is "Hard pressed" to write this prayer. Plaintiff asks court to order Answer in 7 days as he is seriousley endangered here at Barry Telford unit. Documents are well set; <u>THE REMEDY IS RELEASE.</u> This douse not exghaust all information. I edward Kent Hauersperger, also known as Edward LaFontaine #873197 due to malicous prosecution by william Hagen, under Yolanda DeLeon, cameron county, Hereby certifie against penalty of perjury all of the foregoing to be true to the best of my Belief and Knowledge. Enacted this the 6th day of April in the year 2003 of our Lord and savior, christ. E Kent Hauersperger ; Eady Kent "the Traveler"

Edward Kent Hauersperger
AKA LaFontaine #873197
P.O. Box 9200 New Boston, TX.
8 bld. L section 27 cell Bottom Bunk

Do not Hate the messenger,
Hate the message!

4 and Final

_____ District court of Texas

Clerk will assighn; Please

Edward Kent Hauersperger § NO. _____
873197
V.                                       clerk will assign
The State of Texas §

## ORDer of court

Above styled court after viewing Movant's claim(s), and looking at Documents conserning cause 96 CR 1627 b Declares Movant Must be released Imediately for constitutional law to continue here in the state of Texas. All indictments against Movant conserning cause 96-CR-1627 b are Quashed. Hereby Adhered and Adjudicated.

Honorable District court Judge for the \_\_\_\_\_ District court. \_\_\_\_\_

Sighned _____  Date

## Certification

I hereby vow against penalty of perjury that copy of the foregoing has been sent to wardens of said institution this day the 7th day of April in the year of our Lord and Savior Christ 2003.

*E. Kent Haverspen*