UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EDWARD KENT HAUERSPEGER, Petitioner, | § § § |
| v. | § § CIVIL ACTION NO. B-02-234 |
| JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent. | § § § § § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is hereby DENIED WITH PREJUDICE.

DONE at Brownsville, Texas this ___ day of _____, 2003.

Hilda Tagle
United States District Judge