United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED
MAY 1 9 2003
Michael N. Milby
Clerk of Court

Edward Kent Hauersperger §
Petitioner, Prosecutor §
§         B-02-234
§
v. §
§
Janie Cockrell §
Respondent, Defendant §

## Condemnation of Magistrate's assistant's Report and Recommendations

Report uses word's such as "appears" to start entire report out with miss-information. Hauersperger did <u>demand</u> appeal, state hired attorney did not file appeal, nor file reason for not filing. To this day Hauersperger has not been given appeal. On page 5 of report and recommendation Recio's assistant's factually <u>perjur</u> themselves, by stating "it is <u>not disputed</u> that Hauerspergers only state habeas application was filed on January 29, 2002." On the 17th day of April 2003 Hauersperger disputed that claim in his motion to Quash Jeanne Cockrell's motion.

Hauersperger douse not know what PDR; petition for discresionary review is, or means, it is not in Black's Law Dictionary. One written request for Habius releaf was filed June 2001 with 138th District court of Texas one of many filings never answered by court.

State was Advised by Hauersperger and is aware of many unlawful acts contributing to Hauerspergers incarseration by common law the state cannot require any form or language to report unconstitutional acts. Requesting or praying for remedy should be unnesasary yet plaintiff has done both. For instance state can not ignore facts that plaintiff was malicousley prosecuted, then RAPED by state actors becouse it was not reported on Form, XYZ14327, yet was reported many times to Senate, Congress, police, etc. To not condemn is to condone. Is this what court douse? Sentance of April 4th 1997 was not entered by court untill on or about 30 days after Jury ordered it, due to Pre-sentance investigation, which showed that Hauersperger had been predjudiced by declaring him Felon. He was not, plaintiff pray court investigate claims, evidence, made by plaintff, Prosecutor.

NON MOVANTS claim of my being 7 seven days late is moot, consious shocking, and frivoulous.

The "reasonableness" of a man with a 77 I.Q. suffering from Bi-polar disease to take a rest on sabbath day tolling time period is accepted; by constitutional law. Plantiff douse not concure that state officials worked on Sabbath day on this or any other case during "one year" time period, BUT, if any did, it it is common law that time period should toll for HAUERSPERGER from sunset Friday to sunset Saturday for "sabath day Rest" It is state documented Fact that plaintiff <u>douse not work</u> on sabbath day; Gods day of rest, Separation of church and state are crystal clear here. state may not argue that they do not work on Sunday as Sunday fillings are allowed, and commen, That claim is Negated. The state took my Texas criminal Practice guide, with chapter on Habius—

corpus, this was constitutional violation, and deprives plaintiff of right to access law, and tolls one year time period until it is returned, or replaced.

Magistrate's assistance recomendation contradicts itself.

I Edward Kent Hauersperger pray for Injunctive relief of release, or copy of all Diapham recordings, court, and police records conserning 96-CR-1627B Cameron Co. Texas, and public hearing. Also copy of AEDPA and NCIC readout of plaintiffs History with Investigations.

I Edward Kent Hauersperger hereby certify that all of the foregoing is true to the best of my Belief and Knowledge, against the penalty of perjury. Enacted this the 8th day of May in the 2003rd Year of our Lord and savior Christ.   *E. Kent Hauersperger*

Edward Kent Hauersperger
P.O. 9200
New Boston, Texas
75570