18

United States District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

Edward Kent Hauersperger,  §
petitioner,                §
                           §
V.                         §   B-02-234
                           §
Janie Cockrell, Director   §
T.D.C.J.-I.D.,             §
Respondent                 §

Petition for Descretionary review, copy of record for court, copy of file for petitioner.

Petitioner has complained of file lacking content, several times. Court has not answered motions petitioner has filed. Petitioners complaint of criminal activity conserning his unlawful prosecution and undesired detanement by TDCJ-ID can not be time barred by law and has not been investigated whatsoever. Petitioner pray's for copy of "FILE" Court reviewed, and ask's 60 day's and order by court to gain evidence court refused to ~~gain~~ obtain.

Petitioner is being subjected to much corporale punishment since filling of complaints including assaults coming to fruitation of permanant physical as well as psychological scarring. Petitioner is being refused medical/psychological treatment, and is in fear of his very **LIFE**, in retaliation of reporting criminal activity. Petitioner has not fought back, see use of force tapes. All reports to state actors have been ignored, petitioners only HOPE is U.S. District court and it's subsidaries.

Plaintiff pray court accept <u>complete file</u>, and do <u>complete investigation</u> as aposed to de novo investigation of Respondents very limited portion of file.

Enacted this the 25th day of May in the 2003rd year of our Lord and Savior Christ. I Edward Kent Hauersperger hereby certify against penalty of perjury all of the foregoing to be true to the best of my belief and knowledge.

E. Kent Hauersperger
Edward Kent Hauersperger
#873197 P.O. 9200
New Boston, Texas
~~775~~ 75570

# Certificate of Service

I Edward Kent Hauersperger Hereby certify that a copy of the foregoing was sent to Janie Cockrell c/o Texas Gretchen B Merenda U.S. Attorney Generals office Austin Texas c/o State of Texas internal mail system this 25th day of May 2003.

E Kent Hauersperger