United States District Court
Southern District of Texas
Brownsville Division
Recio Defendant #43

United States District Court
Southern District of Texas
FILED
APR 07 2004
Michael N. Milby
Clerk of Court

Edward Kent Hauersperger § cw
(Plaintiff)
v. § B-02-234
The State of Texas §
(Defendant) §

Motion to appeal to 5th court New Orleans, La.
IN Forma Pauperis
_____

Here comes above named plaintiff and prays honorable court allow him to appeal above captioned cause to 5th court of Appeals in forma pauperis. Plaintiff is regretful of no Attorney, nor legal training and <u>douse not</u> seem pretentious in declaring that he is diseased by ongoing trauma of sexual molestations, and Beatings he recieves here at Micheal prison unit, by staff. Seemingly plaintiffs previous motions have been denyed unwhittingly or unheard. Clerk for Appeal court claims no appeal was filed as yet. Consider this my Appeal Brief.

Above mentioned courts claim that "petitioner did not file any objections to this courts report and recomendation to the district court" is contradicted by; "Petitioner is correct in his assertion that his motions~~that~~ have gone unheard"

IN other word's "I did not read it, so it weren't written". This constitutes criminal contempt. Other such discrepansies lie within Judges recomendation. I ask prosecutor seek them. Enacted this 31st day of march All Saints day 2004. *Edward Kent Haversperger*
MY Name is Not E. Kent LaFontaine please do not slander me again. *E. Kent Haversperger*

"*Eady Kent*"
"*The 033104 Traveler*"

Edward Kent Hauersperger
873197 TDC Number
P.O. Box 4500
Tennesse colony, Texas
          75861+4500
Note New Zip code