21

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 17 2004

Michael N. Milby
Clerk of Court

Hauersperger
USMC RANGER
   (Petitioner)

§
§
§
§
§

B-02-234

V.
   Gregg ABBOTT;
Attorney General Texas;
Warden Castro
      Defendants

§
§

## MOTION TO FILE IN FORMA PAUPERIS

Here comes now above named plaintiff and prays
Honorable court hear above captioned cause
in forma pauperis. Petitioner Has sought counsel
for finances yet is Denied Adress of Banks,
Enacted June 13th 2004.

E Kent Howell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

Hauersperger
U.S.M.C. RANGER
  (Petitioner)

§
§
§        B-02-234
§

V.
Gregg ABBOTT,
ATTORNEY GENERAL TEXAS;
WARDEN CASTRO
  (Defendants)

§
§

## MOTION FOR REHEARING (HABIUS WRIT)

Here comes petitioner Hauersperger "infirmed citizen" PRO-SE on this FESTIVE day of June 13th in the 2004th Year of our Lord and Savior christ; a Sunday, and files by placing this motion into prison mail system prayer for injunctive, declaratory relief.

Hauersperger Desires to file electronically but is maliciously denied by state, so much as phone call. Plaintiff is innocent of all charges, has declared misstrial, and lives to see recognition by Honorable court after much retaliation by state actors. petitioner shows that: The fifth circuit held "a pro-se petitioners Habius petition is filed, for the purposes of determining the applicability of the AEDPA, when He delivers the papers to prison Authorities for mailing" spotville V. cain, 144 F.3d 374,375 (5th cir. 1998) see page 7 ATTORNEY Generals writing. petitioner has argued on undetermined issues, YET NO Argument exist's as to fact mailing of Habius petition is filing of Habius petition.

STate claimed writ was filed January 29th 2002
STate claimed only one writ was filed. U.S. postal
Service stamped one writ January 16th 2002.
A difference of 13 days. This Habius writ was
Timely FILED.

A court not Hearing FILED complaints is a violation
of Due process.

A clerk not stamping FILED douse not Negate a trial
Just as a clerk not stamping and returning to
prisoner a pro-se Habius writ Negate it's filing.

To substantiate all plantiff send's with this filed
document copy of Attorney Generals motion " THE
director Denies each and every allegation of FACT
made by petitioner Edward Kent Hauersperger a/k/a
Edward K LaFontaine ("Hauersperger") except those
Supported by the record and those specifically
admitted herein."

Hauersperger is factually innocent of sexual assault and
has been unlawfully held incustody, tried, and punished.
Plaintiffs complaint was Timely.

Plaintiff claims $19.8 BILLION DOLLARS in
Damage YET prays only for Liberty at this time.
All concious be resolved. I Edward Kent Hauersperger
Hereby certify all of the foregoing to be true to the best
of my belief and knowledge. Enacted this the
13th day of June 2004.

Eady Kent
the traveler