UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 22 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EDWARD KENT HAUERSPEGER, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-234 |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 23 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Before the Court is Docket Entry Number 21, which contains two documents filed by the Petitioner; one document is entitled "Motion to File In Forma Pauperis" and the other is labeled "Motion For Rehearing (Habeas Writ)." The documents are dated June 13, 2004.

On June 14, 2004, this Court issued a Report and Recommendation regarding Petitioner's request to appeal the denial of his habeas application in forma pauperis. That Report and Recommendation (Docket Entry No. 20) addresses not only the issue of Petitioner's pauper status on appeal, but also the issue of whether a certificate of appealability should issue regarding his original habeas application.

The district court's ruling regarding the above-referenced Report and Recommendation will resolve the issues Petitioner raises in Docket Entry Number 21 –regardless of whether the district court adopts or rejects this Court's Report and Recommendation. Accordingly, Docket Entry Number 21 is hereby MOOTED, and the district clerk's office is hereby instructed to let the docket sheet so reflect.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 22nd day of June, 2004.

Felix Recio
United States Magistrate Judge