B-02-234

*I AM NOT crossing T's or Dotting eye's for Recio, "HAUERSPERGER" "KENT"*

HON. Hilda Tagle Judge,

I have implicated State as purjurors, and given court proof ie. They claimed I only filed one writ of Habius corpus. I have given evidence of at least one other filed 13 days prior to Petition they claim is only petition.

I am refused attorney, Had my Texas criminal practice guide taken from me by State. Yet, RECIO'S only purpose to Keep me A UNITED STATES MARINE CORP. RANGER, <u>AN iNNocent man iN custody is becouse of proceedurale error's</u>. STATE of Texas claims my factual innocence is TIME-Barred, RECIO CONCURE'S! 5th court of Appeals Has Evidence proving I filed state writ 13 day's before state claims I filed it, so douse Recio. My Habius claims are not Time Barred. He knows it, You now know it, release me. THIS IS A proper FILING, DOCUMENT,

23

United States District Court
Southern District of Texas
FILED
JUL 0 1 2004
Michael N. Milby
Clerk of Court

1

pledge, motion, petition from a United States citizen who has been <u>Beaton, and sexually assaulted on Film</u> by state correctional officers, <u>since RECIO was made aware of states purjury.</u> My I.Q. is 77 and my testimony is all that is needed, not perfect writings! I am not a Attorney, have been refused Attorney, and had LAW practice manuals taken from me before unlawful prosecution, by Texas Authority. Justice Recio is malicious, and His claims of being clairvoiant

2

Give question of sanity, or sanctity. Note informations I have given in my testimonies conserning "criminal aspect of incarseration" Federal laws being broken. Geneva convention being spat upon. HON. Judge TAGLE I pray you release me from my unwanted, unlawful incarseration. <u>My Habius was Timely Filed</u>. I Am innocent. I was unlawfully Arrested, Transported, indicted, prosecuted, and sentanced. <u>STATE Admit's "All Documented wrongs."</u> proceedurale error is to be expected on my son's 13th Birthday, my other son turns 23 July 18th 2004 were you to wish I Am NOT Imprisoned That Day!!!!!!!

3

I have previously claimed 19.8 Billion dollars in damage. Yet today the 13th Birthday of Ezekial Soloman I raise that claim to 26.9 Billion Dollars in Damage.

Please release me to ensue justice, and limit casualties.

Liberty is All Edward Kent HAUERSPERGER USMC RANGER SEEKS through this writing. Enacted June 18th 2004.

I Edward Kent Hauersperger Hereby certify against penalty of perjury all of the foregoing to be true to the best of my belief and knowledge.

*Eddy Kent*    *Edward Kent Hauersp...*
06/18/04
*the traveler*    *Edward Kent Hauersperger*

Known as I.H.O.P. in prison.

Edward Kent HAUERSPERGER
#873197 P.O. 4500
Tenn. Colony, TX,
75861

4