United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD KENT HAUERSPEGER, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-234 |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE REGARDING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY

Before the Court is the Report and Recommendation of the Magistrate Judge Regarding Petitioner's Request for Certificate of Appealability in the above-referenced civil cause of action. After a de novo review of the file, it is the opinion of this Court that the Report and Recommendation of the Magistrate Judge should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Docket Number 19, which contains both the Petitioner's request for a Certificate of Appealability and his motion to proceed in forma pauperis on appeal, should be DENIED.

Done at Brownsville, Texas, this 3 day of November 2004.

Hilda G. Tagle
United States District Judge