# ATTORNEY GENERAL OF TEXAS
## GREG ABBOTT

May 22, 2007

Clerk, United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison Street
Brownsville, Texas 78520-7114

United States District Court
Southern District of Texas
FILED

MAY 2 4 2007

Michael N. Milby
Clerk of Court

Re:   *Hauersperger v. Quarterman*, No. B-02-234

Dear Clerk:

Enclosed is a copy of the state court records in the above-referenced cause. Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid envelope.

Thank you for your kind assistance in this matter.

Sincerely yours,

MARTA R. McLAUGHLIN
Assistant Attorney General
Postconviction Litigation Division

MRM/br
Encls.
cc:   File