Scanned Sep 09, 2005

## *CCA Scanning Cover Sheet*



2196980

CaseNumber: WR-52,015-05
EventDate: 05/06/2005
Style 1: LAFONTAINE, EDWARD K. A/K/A EDWARD KENT HA
Style 2:
Event code: WRIT RECEIVED

EventID: 2196980
Applicant first name: EDWARD K.
Applicant last name: LAFONTAINE
Offense: 22.011
Offense code: Sexual Assault
Trial court case number: 1996-CR-1627-B
Trial court name: 138th District Court
Trial court number: 320310138
County: Cameron
Trial court ID: 148
Event map code: FILING
Event description: Application for Writ of Habeas Corpus - 11.07
Event description code: WRIT
Remarks:

☐ Document Scanned                                    ☐ Created or
                                                     ☐ Appended

Scanned by              date              Image ID

Comment

printed by madams                                    vers 1.1 mtc
printed on 5/6/2005 2:29:52 PM                       Page 1 of 1

Scanned Sep 09, 2005

APPLICANT        EDWARD K. LAFONTAINE        APPLICATION NO. 52,015-05

EDWARD KENT HAUERSPERGER

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

Dismissed, subsequent application. TEX. CODE CRIM. PROC. art. 11.07, § 4(a)-(c).

7-13-05

JUDGE _____    DATE

Scanned Sep 09, 2005

*52,015-04*

*m F S*

Court of Criminal Appeals Number:

Cause Number: **1996-CR-1627-B**

**WRIT IV**

# CLERK'S RECORD

The State of Texas

vs.

**EDWARD KENT HAUERSPERGER AKA EDWARD K. LAFONTAINE**

---

Mailed to the Court of Criminal Appeals on
**04/28/05**

Aurora De La Garza
Cameron County District Clerk

Laura G. Cisneros
Deputy Clerk

---

Filed in the Court of Criminal Appeals, at Austin, Texas
the        day of                .    .

Troy C. Bennett, Jr.
Clerk of Court of Criminal Appeals

---

Deputy

Scanned Sep 09, 2005

Trial Court Number: **1996-CR-1627-B**

| | |
|---|---|
| EX PARTE: | APPLICATION FOR WRIT OF HABEAS CORPUS |
| **EDWARD KENT HAUERSPERGER AKA EDWARD L. LAFONTAINE** | FROM CAMERON COUNTY, TEXAS |
| **ID #873197 MICHAEL UNIT P. O. BOX 4500 TENNESSEE COLONY, TEXAS  75861-4500** | IN THE 138TH  JUDICIAL DISTRICT COURT |

Applicant's Name:      **EDWARD KENT HAUERSPERGER AKA EDWARD K. LAFONTAINE**

Offense:      **SEXUAL ASSAULT**

Cause Number:      **1996-CR-1627-B**

Sentence:      **10 YRS TDCJ**

Date of Sentence:      **05/10/99**

Judge Presiding At Trial:      **HON. ROBERT GARZA**

Court of Appeals Number:      **13-99-329-CR**

Citation to Opinion:      827 S.W. 2d 949      827 S.W. 2d 956
     573 S.W. 2d 24      573 S.W. 2d 26

Hearing Held on Application:    ☐ Yes   ☒ No

Findings of Facts Filed:    ☐ Yes   ☒ No

Recommendation:    ☐ Granted   ☒ Denied   ☐ None

Judge Presiding Over Application:      **HON. ROBERT GARZA**

**Scanned  Sep 09, 2005**

CAUSE NUMBER

1996-CR-1627-B

EX PARTE:

IN T HE 138TH  JUDICIAL

DISTRICT COURT OF

EDWARD KENT HAUERSPERGER aka EDWARD K. LAFONTAINE     CAMERON COUNTY, TEXAS

# I N D E X

| INSTRUMENT | DATE FILED | PAGE |
|---|---|---|
| APPLICATION FOR A WRIT OF HABEAS CORPUS SEEKING RELIEF FROM | | |
| FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, | | |
| ARTICLE 11.07 | 4/4/2005 | 1 |
| LETTER TO JUDGE, HON. ROBERT GARZA | 4/12/2005 | 10 |
| LETTER TO DISTRICT ATTORNEY, HON. ARMANDO VILLALOBOS | 4/12/2005 | 11 |
| ACKNOWLEDGEMNT LETTER TO DEFENDANT | 4/12/2005 | 12 |
| ORDER | 4/22/2005 | 13 |
| BILL OF COSTS | | 15 |
| CERTIFIED BILL OF COSTS | 4/28/2005 | 16 |
| CLERK'S CERTIFICATE | 4/28/2005 | 17 |

Scanned Sep 09, 2005

FALSE ●MPRI SONMEN● LIBERTY INTERS-
FACTUAL MISSTRIAL    ONIY, NO FINANCIA
FACTUAL KIDNAPPING claim. G

Cause No. _____
(The Clerk of the convicting court will fill this line.)

FILED 9.00 O'CLOCK____M
AURORA DE LA GARZA, CLERK

COURT OF CRIMINAL APPEALS OF TEXAS

APR 0 4 2005

DISTRICT COURT OF CAMERON COUNTY TEXAS

**APPLICATION FOR A WRIT OF HABEAS CORPUS**
DEPUTY

**SEEKING RELIEF FROM FINAL FELONY CONVICTION**
**UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07**

King of FRANCE et., Al.

Edward Kewt jR, HAUERSPERGER          01, 04, 1961
NAME OF APPLICANT (Please print full name)          DATE OF BIRTH

MiCheal PRISON 036          #873197
PLACE OF CONFINEMENT          TDCJ-ID NUMBER

(1)    What court entered the judgment of conviction you want relief from?
       (Give the number and county of the court.)

138ᵗʰ DiStrict court cameron county

_____

(2)    What was the cause number in the trial court? 96-CR-1627 B

(3)    What was the trial judge's name? Roberto GARZA

(4)    What was the date of judgment? _____

(5)    What was the length of sentence? 10 Years PRISON "with the convicts"

(6)    Who assessed punishment?   (Check one)       (a) Judge ( V ); (b) Jury ( )

(7)    What offense or offenses were you were convicted of (all counts)?

probation violation, Many counts of Rule
violation purported by JOSe MATTA.

_____

Misc. Docket No. 00-100          Page 2 of 10

but  1

Scanned Sep 09, 2005

(8)     **What was your plea? (Check one)**

    (a)    **Not guilty**        (✓)
    (b)    **Guilty**          ( )
    (c)    **Nolo Contendere**    ( )

**If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:**

_____

_____

(9)     **Did you have a jury trial?(check one)** Original trial was jury Probation hearing I was not allowed Jury although I demanded it.
    (a)    **Jury** (✓)
    (b)    **Judge only** (✓) At probation hearing I did.

(10)    **Did you testify at the guilt/innocence phase of trial?**   Yes (✓)    No ( )

(11)    **Did you testify at the sentencing phase of trial?**   Yes (✓)    No ( )

(12)    **Did you appeal from the judgment of conviction?**    Yes (✓)    No (✗) Recently appealed original trial no Answer yet   Attorney padilla

(13)    **If you did appeal, answer the following questions:** Filled an appeal Brief against my will for probation hearing,
    (a)    **Which court of appeals?**_____
    (b)    **What was the cause Number?** NO Record/FILE
    (c)    **What was the decision?** _____
    (d)    **What was the date of the decision?**_____
    (e)    **Did you file a petition for discretionary review?** Yes ( )    No ( )
    (f)    **If your answer to (e) was "yes," answer the following questions:** I did not know what this was
    (g)    **What was the cause number in the Court of Criminal Appeals?** S12-059 I think
    (h)    **What was the decision?** I took too long,
    (i)    **What was the date of decision?** NO FILE

**Misc. Docket No. 00-100**            **Page 3 of 10**

uui   2

Scanned Sep 09, 2005

(14)    Have you previously filed an application for writ of habeas corpus under Article
         11.07 for relief from this conviction?

Yes  (✓)                              No    ( )

(15)    If your answer to (14) was "yes," answer the following questions:

        (a)    What was the Court of Criminal Appeals writ number? 512-409 ?

        (b)    What was the decision?  NO OPINION

        (c)    What was the date of decision?  NO FILE

        (d)    What is the reason the current claims were not presented and
               could not have been presented in an earlier application?

I was unaware of Law because Logan county Illinois
stole my Law Books and Judge Garza would not let me
use any before. Some one only now told me of Laws.

Misc. Docket No. 00-100              Page 4 of 10

3

Scanned · Sep 09, 2005

(16) Do you have any petition or appeal pending in any court, either state or federal, attacking the same conviction?

Yes ( )          No ( )   MANY

(17) If you are presenting a claim for time credit, have you presented the claim to the time credit resolution system of the Texas Department of Criminal Justice-- Institutional Division?

Yes (✓)          No ( )

(a) If your answer to (17) was "yes," answer the following questions:

What was the date of decision?  NO FILE

Why are you not satisfied with the decision?  Time resolution douse Not Investigate anything other than courts orders for time credited, court violated me Not T.D.C.

(b) If your answer to (17) was "no," why have you not presented the claim to the time credit resolution system of the Texas Department of Criminal Justice--Institutional Division?

_____

_____

_____

_____

(18) State concisely every ground on which you claim that you are being unlawfully confined. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting the grounds.

~~UNLAWFULLY I~~ False Imprisonment, I was Brought from the State of Illinois without any warant or supporting documents for a warant And Have been in prisoned against my will since.

Misc. Docket No. 00-100          Page 5 of 10

4

Scanned Sep 09, 2005

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. The grounds you may raise are not limited to those listed below. However, you should raise in this application all available grounds (relating to this conviction) on which you base your allegations that you are being unlawfully confined.

If you claim one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not simply check any of the grounds listed below.

(a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
*ON RECORD it was claimed I plead Guilty So...*

(b)   Conviction obtained by use of coerced confession.

(c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure. *MY PERSON*

(d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest. *NO warrant for me, I was brought from Illinois as kidnap victim.*

(e)   Conviction obtained by a violation of the privilege against self-incrimination. *Original trial*

(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant. *THERE WAS NO PROBATION ENACTED I HAD BEEN RETALIATED upon FOR Being A U.S. MARINE*

(g)   Conviction obtained by a violation of the protection against double jeopardy.

(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and empaneled. *TOWN of South PADRE ISLAND NOT PART of Cameron Co.*

(i)   Denial of effective assistance of counsel. *Obvious Documented Alfredo pulled refused to let me*

(j)   Denial of right of appeal. *view appeal brief*

(k)   Denial of time credits on sentence. *I HAVE BEEN IN custody One Year Beyond NYR Sentenced*

(l)   Improper revocation of parole or mandatory supervision.

(m)   Illegal sentence. *I was ordered Banished from State of TEXAS*

Misc. Docket No. 00-100          Page 6 of 10

000   5

**Scanned Sep 09, 2005**

(n)    Invalid or defective indictment.

(o)    No evidence or insufficient evidence.

(A)    What is your Ground Number One: ART. 4209 commencement of sentence; status during appeal; PEN PACKET.

What are the FACTS (tell your story **briefly** without citing cases or law): Documents in support of conviction required for TDC JID to take me prisoner Are NON EXIStant, thus NO PEN packet exists. I Am Falsely Imprisoned.

THERE is NO Document ordering me to report to Jose Matta, or cameron county probation officer. Judge ordered me to Leave cameron county and never to return. FACTUAL MISStrial

(B)    What is your Ground Number Two:

What are the FACTS (tell your story **briefly** without citing cases or law): Judge Readlly agreed with me In open court that He HAD ordered me to missouri and that I was not to Report to Jose MAttA AFter He had found me guilty of not reporting to Jose Matta IN cameron County, Texas.

Oral prounouncment of Sentence contradicted, written claim I had violated Sentance.

Misc. Docket No. 00-100                Page 7 of 10

6

Scanned Sep 09, 2005

(C)    **What is your Ground Number Three:** Criminal Conspiracy Kidnaping Integrity of trial Negligent

**What are the FACTS (tell your story briefly without citing cases or law):**

I was extradited without warrant by force after agents had stolen my Law books judge denied me Habius hearing in Illinois, Roberto Garza refused me redress of grievance there was no Supporting drcument available to get governors warrant to extradite me I enacted no probation papers for Texas.

(D)    **What is your Ground Number Four:** Unlawful Sentence

**What are the FACTS (tell your story briefly without citing cases or law):**

I was sentanced to leave Texas, then Sent to prison for Not being in cancion, CO. Texas. Banishment is unlawful and I was not on probation in TEXAS

THANK YOU

FREE ME

Misc. Docket No. 00-100        Page 8 of 10

7

Scanned Sep 09, 2005

Wherefore, applicant prays that the Court grant applicant relief to which he may be entitled in this proceeding.

### VERIFICATION

(Complete either the Oath Before Notary Public or the Inmate's Declaration)

### Oath Before Notary Public

STATE OF TEXAS, COUNTY OF _____

_____, being first duly sworn, under oath, says: that he is the applicant in this action and knows the content of the above application and according to the applicant's belief, the foregoing allegations of the application are true.

_____
Signature of applicant

SUBSCRIBED AND SWORN TO BEFORE ME this ___ day of _____

_____
Notary Public

### Inmate's Declaration

I, Edward Kent jR. Hauersperger; KIng of France ,
(inmate's name)

873197 , being presently incarcerated in
(inmate's identifying number from TDCJ or county jail)

MICHEAL PRISON UNIT O36 Republic of Texas ,
(name of TDCJ unit or county jail)

Misc. Docket No. 00-100                Page 9 of 10

8

Scanned Sep 09, 2005

declare under penalty of perjury that according to my belief the foregoing information and allegations of the application are true and correct.

Signed on  03-25-05
                    (date)

_Eaily Keut Clavler_
Signature of applicant

_Edward Keut jr Hauersperger_
Signature of attorney (if any)

Address of Attorney:
P.O. Box 4500
Tennessee Colony, Tx.
           75861

Misc. Docket No. 00-100                Page 10 of 10

Scanned Sep 09, 2005



# AURORA DE LA GARZA
## CAMERON COUNTY DISTRICT CLERK
CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

CAUSE NO. 1996-CR-1627-B

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 138TH JUDICIAL |
| VS | DISTRICT COURT OF |
| EDWARD KENT HAUERSPERGER aka | CAMERON COUNTY, TEXAS |
| EDWARD K. LAFONTAINE | |

( WRIT 1V )

Filed on 04/04./05

To The Honorable ROBERT GARZA:

Judge presiding in the convicting court in the above entitled and numbered cause.

I hand you herewith a copy of the Applicant's 4TH Application for Writ of Habeas Corpus in the above styled and numbered filed on 04./04/05.

Issued and given under my hand and seal of office this 04/12/05.

Aurora De La Garza, District Clerk
Cameron County, Texas

By: _Laura Cisneros_

LAURA G. CISNEROS, Deputy

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|---|---|---|---|---|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

Doc 10

Scanned Sep 09, 2005



# AURORA DE LA GARZA
## CAMERON COUNTY DISTRICT CLERK
CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

HON. ARMANDO VILLALOBOS
Cameron County District Attorney
974 East Harrison Street
Brownsville, Texas 78520

In Re:        Cause No. 1996-CR-1627-B
              State of Texas
              Vs. EDWARD K. HAUERSPERGER aka EDWARD KENT LAFONTAINE

Dear MR. VILLALOBOS,

Enclosed please find a copy of the 4TH Application in the above styled and numbered Post Conviction of Habeas Corpus case.

Sincerely,

LAURA G. CISNEROS
Deputy

THE STATE OF TEXAS
COUNTY OF CAMERON

        I, ARMANDO VILLALOBOS, District Attorney, Cameron County, Texas, hereby acknowledge receipt of notice of filing the Application for Writ of Habeas Corpus in the above entitled and numbered cause, and waive statutory requirements that such notice be made by certified mail.

ARMANDO VILLALOBOS,

4/13/05

Assistant District Attorney

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|-------|----------|---------------|------|-----|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

11

Scanned Sep 09, 2005



# AURORA DE LA GARZA
## CAMERON COUNTY DISTRICT CLERK
CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

APRIL 12, 2005

EDWARD KENT HAUERSPERGER AKA EDWARD K. LAFONTAINE
ID #873197
MICHAEL UNIT
P.O. BOX 4500
TENNESSEE COLONY, TEXAS  75861-4500

RE:    CAUSE NO. 1996-CR-1627-B

       THE STATE OF TEXAS
       VS.
       EDWARD KENT HAUERSPERGER aka  EDWARD K. LAFONTAINE

IN RE:    4TH PETITION FOR WRIT OF HABEAS CORPUS
          FILED 04/04/05

Dear MR HAUERSPERGER aka LAFONTAINE:

This is to acknowledge receipt of the above captioned 4TH PETITION FOR WRIT OF HABEAS
CORPUS.  The State is afforded fifteen (15) days from the day they receive notice of filing, in
which it may order a hearing.

If no order has been entered within thirty-five (35) days from the filing date, the petition will be
forwarded to the Court of Criminal Appeals, for their consideration.

All further correspondence should indicate the above cause number.

Sincerely,

LAURA G. CISNEROS, Deputy

CC:

File

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|-------|----------|---------------|------|-----|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

Scanned Sep 09, 2005

CAUSE NO. 96-CR-1627-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| EDWARD K. HAUERBERGER A/K/A | § | |
| EDWARD KENT LAFONTAINE | § | CAMERON COUNTY, TEXAS |

**ORDER**

On April 4, 2005, Defendant in the above cause filed his Fourth Application for Writ of Habeas Corpus. This Court, having considered said Application, as well as the record herein, makes the following findings of fact and conclusions of law:

I.

A)    The current claims and issues brought in Applicant's writ of habeas corpus could have been or have been presented in his original or previously considered applications. *Ex parte Whiteside*, 12 S.W.3d819, 821(Tex. Crim. App. 2000). The Applicant fails to state sufficient facts establishing either:

1)    the current claims and issues have not been and could not have been presented previously in an original application or in a previously considered application filed under this article because the factual or legal basis for the claim was unavailable on the date the applicant filed the previous application; or

2)    by a preponderance of the evidence, but for a violation of the United States Constitution no rational juror could have found the applicant guilty beyond a reasonable doubt.

Tex. Code Crim Proc. art. 11.07, §4(a).

B)    Applicant has presented only conclusory statements and fails to state any specific facts which demonstrate that he is entitled to relief. *Ex part Maldonado*, 688 S.W.2d 114, 116 (Tex.Crim.App. 1985); Ex parte McPherson, 32 S.W.3d 860, 861 (Tex.Crim.App. 2000).

C)    Applicant has filed multiple applications for writ of habeas corpus repeatedly

Order on Application for Writ of Habeas Corpus                                    Page 1

13

Scanned Sep 09, 2005

raising incognizable and incoherent grounds for relief, as such this Court finds that the presently filed claims are precluded by the common law doctrine of abuse. *See Ex parte Carr*, 511 S.W.2d 523, 526(Tex.Crim App. 1974)(holding "a petitioner seeking habeas corpus is not entitled to burden the courts with his process out of willfulness and spite. If he has grounds which would justify the granting of the relief he seeks, he should present them with dispatch for determination, rather than doling them out one-by-one in repeated attempts to have both the benefits of relief and the fleeting pleasures of harassing those who confine him.").

II.

Further, the Application presents no previously unresolved facts which are material to the legality of Applicant's confinement. Therefore, the Court finds that this Fourth Application for Writ of Habeas Corpus fails to state a claim that merits relief under Chapter 11 of the Texas Code of Criminal Procedure. Accordingly, this Court, without holding a hearing, recommends that the requested relief be DENIED.

III.

It is, therefore, recommended that this Application for Writ of Habeas Corpus filed by Edward K. Hauersperger a/k/a Edward Kent LaFontaine be DISMISSED. The Clerk is hereby directed to transmit forthwith all relevant instruments on file that relate to Applicant's Application to the Clerk of the Texas Court of Criminal Appeals.

Signed for entry on _____ 2005.

_____
Judge Presiding

Edward Kent Hauersperger a/k/a Edward K. LaFontaine
TDCJ-ID #873197
Michael Unit
PO Box 4500
Tennessee Colony, Texas 75886

Order on Application for Writ of Habeas Corpus                                    Page 2

14

Scanned Sep 09, 2005

# BILL OF COSTS

Cause Number: **1996-CR-1627-B**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE **138**<sup>TH</sup> JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| **EDWARD KENT HAUERSPERGER aka EDWARD K. LAFONTAINE** | § | CAMERON COUNTY, TEXAS |

| | |
|---|---|
| Clerk's Record | **$18.00** |
| Preparation Fee ($15.00 per Volume) | **15.00** |
| Postage and Handling | **10.00** |
| Amount Due | **$43.00** |

15

Scanned Sep 09, 2005

# CERTIFIED BILL OF COSTS

THE STATE OF TEXAS          §
                            §
COUNTY OF CAMERON           §

     I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing is a true and correct account of the costs accrued in the following entitled and numbered cause:

Cause Number: **1996-CR-1627-B**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE **138**<sup>TH</sup> JUDICIAL |
| **VS.** | § | DISTRICT COURT OF |
| **EDWARD KENT HAUERSPERGER AKA EDWARD K. LAFONTAINE** | § | CAMERON COUNTY, TEXAS |

    Given under my hand and seal of office in the **28**<sup>TH</sup> day of **APRIL, 2005**.



Aurora De La Garza
District Clerk

By: *[signature]*
LAURA G. CISNEROS, Deputy

16

Scanned Sep 09, 2005

# CLERK'S CERTIFICATE

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing transcript contains true and correct original copies of all proceedings as to the Writ of Habeas Corpus in:

Cause Number: **1996-CR-1627-B**

**Writ IV**

THE STATE OF TEXAS

VS

**EDWARD KENT HAUERSPERGER AKA EDWARD K. LAFONTAINE**

As they appear on file and of record in this office.

Given under my hand and seal of said Court of Cameron County, Texas, on Thursday, April 28, 2005.



Aurora De La Garza
District Clerk
Cameron County

Laura G. Cisneros
Deputy Clerk

17