Scanned April 13, 2005

## *CCA Scanning Cover Sheet*



2188727

CaseNumber: WR-52,015-04

EventDate: 02/23/2005

Style 1: LAFONTAINE, EDWARD K.

Style 2:

Event code: WRIT RECEIVED

EventID: 2188727

Applicant first name: EDWARD K.

Applicant last name: LAFONTAINE

Offense: 22.011

Offense code: Sexual Assault

Trial court case number: 1996-CR-1627-B

Trial court name: 138th District Court

Trial court number: 320310138

County: Cameron

Trial court ID: 148

Event map code: FILING

Event description: Application for Writ of Habeas Corpus - 11.07

Event description code: WRIT

Remarks:

---

☐ *Document Scanned*                    ☐ *Created or*
                                        ☐ *Appended*

_____        _____
*Scanned by*          *date*        *Image ID*

*Comment*

_____

_____

---

Scanned April 13, 2005

APPLICANT        EDWARD K. LaFONTAINE        APPLICATION NO. 52,015-04

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

APPLICATION DENIED WITHOUT WRITTEN ORDER.

JUDGE                                                                    DATE

3/9/05

Scanned April 13, 2005

52,015-04
MFS

Court of Criminal Appeals Number:

Cause Number: **1996-CR-1627-B**

RECEIVED IN
COURT OF CRIMINAL APPEALS

**WRIT III**

FEB 2 3 2005

# CLERK'S RECORD

Troy C. Bennett, Jr., Clerk

The State of Texas

vs.

**EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER**

Mailed to the Court of Criminal Appeals on
**02/18/05**

Aurora De La Garza
Cameron County District Clerk

Laura G. Cisneros
Deputy Clerk

Filed in the Court of Criminal Appeals, at Austin, Texas
the         day of         .

Troy C. Bennett, Jr.
Clerk of Court of Criminal Appeals

Deputy

<u>Scanned April 13, 2005</u>

Trial Court Number: **1996-CR-1627-B**

EX PARTE:                                 APPLICATION FOR WRIT OF HABEAS CORPUS
**EDWARD LAFONTAINE**
**aka EDWARD KENT**                       FROM CAMERON COUNTY, TEXAS
**HAUERSPERGER**
**ID#873197**                             IN THE 138TH JUDICIAL DISTRICT COURT
**P. O. BOX 4500**
**TENNESSEE COLONY,**
**TEXAS  75861-4500**

Applicant's Name:          **EDWARD LAFONTAINE aka EDWARD**
                           **KENT HAUERSPERGER**
Offense:                   **SEXUAL ASSAULT**

Cause Number:              **1996-CR-1627-B**

Sentence:                  **10 YRS TDCJ-ID**

Date of Sentence:          **05/10/99**

Judge Presiding At Trial:  **HON. ROBERT GARZA**

Court of Appeals Number:

Citation to Opinion:              S.W. 2d              S.W. 2d
                                  S.W. 2d              S.W. 2d

Hearing Held on Application:   ☐ Yes   ☒ No

Findings of Facts Filed:       ☐ Yes   ☒ No

Recommendation:                ☐ Granted   ☒ Denied   ☐ None

Judge Presiding Over Application:  **HON. ROBERT GARZA**

Scanned April 13, 2005

CAUSE NUMBER

1996-CR-1627-B

EX PARTE:

EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER

IN THE 138TH JUDICIAL

DISTRICT COURT OF

CAMERON COUNTY, TEXAS

# I N D E X

| INSTRUMENT | DATE FILED | PAGE |
|---|---|---|
| APPLICATION FOR A WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 | 1/25/2005 | 1 |
| LETTER TO JUDGE, HON. ROBERT GARZA | 2/17/2005 | 10 |
| LETTER TO DISTRICT ATTORNEY, HON. ARMANDO VILLALOBOS | 2/17/2005 | 11 |
| ACKNOWLEDGMENT LETTER TO DEFENDANT | 2/17/2005 | 12 |
| ORDER | 2/7/2005 | 13 |
| BILL OF COSTS | | 15 |
| CERTIFIED BILL OF COSTS | 2/18/2005 | 16 |
| CLERK'S CERTIFICATE | 2/18/2005 | 17 |

Scanned April 13, 2005

96-CR-1637-B

=Edward K. LaFontaine

C for

1-31-05

Cause No. _____
(The Clerk of the convicting court will fill this line.)

COURT OF CRIMINAL APPEALS OF TEXAS

APPLICATION FOR A WRIT OF HABEAS CORPUS
SEEKING RELIEF FROM FINAL FELONY CONVICTION
UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

HAUERSPERGER Edwardo Kent        01 04 1961

NAME OF APPLICANT (Please print full name)        DATE OF BIRTH

MICHEAL PRISON        873197

PLACE OF CONFINEMENT        TDCJ-ID NUMBER

(1)    What court entered the judgment of conviction you want relief from?
       (Give the number and county of the court.)

TDC

JAN 25 2005

13 pm

(2)    What was the cause number in the trial court? MANY

(3)    What was the trial judge's name? MANY

(4)    What was the date of judgment? MANY

(5)    What was the length of sentence? Douse Not Expire.

(6)    Who assessed punishment?   (Check one)   (a) Judge ); (b) Jury ( )

(7)    What offense or offenses were you were convicted of (all counts)?

Not Cutting my HAIR, BEARD, mustash,
against right to fair and equal
treatment of men and weomon.

Scanned April 13, 2005

(8)    What was your plea? (Check one)

    (a)    Not guilty               (X)
    (b)    Guilty                  ( )
    (c)    Nolo Contendere     ( )

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

_____

_____

(9)    Did you have a jury trial?(check one) NO

    (a)    Jury                ( )
    (b)    Judge only           ( )

(10)    Did you testify at the guilt/innocence phase of trial?    Yes ( ) REFUSED   No ( )

(11)    Did you testify at the sentencing phase of trial?    Yes ( )    No( )

(12)    Did you appeal from the judgment of conviction?    Yes (X)    No( )

(13)    If you did appeal, answer the following questions:

    (a)    Which court of appeals? TDC. STEP ONE and TWC

    (b)    What was the cause Number? MANY

    (c)    What was the decision? Perponderance of Evidence

    (d)    What was the date of the decision? MANY

    (e)    Did you file a petition for discretionary review?   Yes ( )    No (X)

    (f)    If your answer to (e) was "yes," answer the following questions:

    (g)    What was the cause number in the Court of Criminal Appeals?

_____

    (h)    What was the decision?_____

    (i)    What was the date of decision?_____

Misc. Docket No. 00-100        Page 3 of 10

Scanned April 13, 2005

(14)  Have you previously filed an application for writ of habeas corpus under Article 11.07 for relief from this conviction?

Yes  ( )                    No  (X)

(15)  If your answer to (14) was "yes," answer the following questions:

(a)  What was the Court of Criminal Appeals writ number? _____

(b)  What was the decision? _____

(c)  What was the date of decision?_____

(d)  What is the reason the current claims were not presented and could not have been presented in an earlier application?

UNKNOW LAW TO ME, my TEXAS criminal practice Guide was stolen from me by TRANS CORP. and TRAVIS County NOV. 18th 1998. STATE IMPEDED couge(Koq) sic in wheel Note complaint of other criminal activity and constitutional violation upon arraignment of cause 96-CR-1627B. -Eliat Harverson

Misc. Docket No. 00-100              Page 4 of 10

<u>Scanned April 13, 2005</u>

(16)   Do you have any petition or appeal pending in any court, either state or federal, attacking the same conviction?

Yes ( )                    No (✓)

(17)   If you are presenting a claim for time credit, have you presented the claim to the time credit resolution system of the Texas Department of Criminal Justice-- Institutional Division?

Yes (✓)                   No ( )

(a)     If your answer to (17) was "yes," answer the following questions:

What was the date of decision? UNKNOWN

Why are you not satisfied with the decision? ACTION WAS Ethical and proper.

_____

_____

(b)     If your answer to (17) was "no," why have you not presented the claim to the time credit resolution system of the Texas Department of Criminal Justice--Institutional Division?

_____

_____

_____

_____

(18)   State <u>concisely</u> every ground on which you claim that you are being unlawfully confined.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.  If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting the grounds.

Scanned April 13, 2005

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. The grounds you may raise are not limited to those listed below. However, you should raise in this application all available grounds (relating to this conviction) on which you base your allegations that you are being unlawfully confined.

If you claim one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not simply check any of the grounds listed below.

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by use of coerced confession.

(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)    Conviction obtained by a violation of the privilege against self-incrimination.

(f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)    Conviction obtained by a violation of the protection against double jeopardy.

(h)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and empaneled.

(i)    Denial of effective assistance of counsel.

(j)    Denial of right of appeal.

(k)    Denial of time credits on sentence.

(l)    Improper revocation of parole or mandatory supervision.

(m)    Illegal sentence.

Misc. Docket No. 00-100                Page 6 of 10                                                5

<u>Scanned April 13, 2005</u>

(n)    Invalid or defective indictment.

(o)    No evidence or insufficient evidence.

(A)    What is your Ground Number One:_____

_____

What are the FACTS (tell your story <u>briefly</u> without citing cases or law):_____

I have been denied Access to LAW Library,
Food, TELEPhone, and put N Administration
Segragation and Held without good tome
or right to parole for not cutting
my Hair.

_____

(B)    What is your Ground Number Two: _____

_____

What are the FACTS (tell your story <u>briefly</u> without citing cases or law):

_____

_____

_____

_____

_____

_____

Misc. Docket No. 00-100            Page 7 of 10                        000    6

<u>Scanned April 13, 2005</u>

(C)    What is your Ground Number Three: _____

_____

What are the FACTS (tell your story <u>briefly</u> without citing cases or law):

_____

_____

_____

_____

_____

(D)    What is your Ground Number Four: _____

_____

What are the FACTS (tell your story <u>briefly</u> without citing cases or law):

_____

_____

_____

_____

_____

Scanned April 13, 2005

Wherefore, applicant prays that the Court grant applicant relief to which he may be entitled in this proceeding.

## VERIFICATION

(Complete either the Oath Before Notary Public or the Inmate's Declaration)

### Oath Before Notary Public

STATE OF TEXAS, COUNTY OF _____

_____, being first duly sworn, under oath, says: that he is the applicant in this action and knows the content of the above application and according to the applicant's belief, the foregoing allegations of the application are true.

_____
Signature of applicant

SUBSCRIBED AND SWORN TO BEFORE ME this ___ day of _____

_____
Notary Public

### Inmate's Declaration

I, Edward Kent HAUERSPERGER _____,
(inmate's name)

873197 _____, being presently incarcerated in
(inmate's identifying number from TDCJ or county jail)

MICHEAL PRISON _____,
(name of TDCJ unit or county jail)

Misc. Docket No. 00-100          Page 9 of 10                    COU   8

Scanned April 13, 2005

declare under penalty of perjury that according to my belief the foregoing information and

allegations of the application are true and correct.

Signed on _E. Kent Hauenste_
(date)

_Eddy Kent_
81155
Signature of applicant

_E. Kent Hauenstane_
Signature of attorney (if any)

NO PHONE
Address of Attorney:
PO BOX 4500
TENNESSEE COLONY, TX,
75861

Misc. Docket No. 00-100              Page 10 of 10

<u>Scanned April 13, 2005</u>

 ## AURORA DE LA GARZA
### CAMERON COUNTY DISTRICT CLERK

CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

CAUSE NO. 1996-CR-1627-B

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 138TH JUDICIAL |
| VS | DISTRICT COURT OF |
| EDWARD LAFONTAINE aka | CAMERON COUNTY, TEXAS |
| EDWARD KENT HAUERSPERGER | |

( WRIT III )

Filed on 01/25/05

To The Honorable ROBERT GARZA:

Judge presiding in the convicting court in the above entitled and numbered cause.

    I hand you herewith a copy of the Applicant's 3RD Application for Writ of Habeas Corpus in the above styled and numbered filed on 01/25/05.

    Issued and given under my hand and seal of office this 02/17/05.

                           Aurora De La Garza, District Clerk
                           Cameron County, Texas

By: _____
                           LAURA G. CISNEROS, Deputy

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|---|---|---|---|---|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

**Scanned April 13, 2005**



## AURORA DE LA GARZA
### CAMERON COUNTY DISTRICT CLERK

CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

FEBRUARY 18, 2005

EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER
ID #873197
P. O. BOX 4500
TENNESSEE COLONY, TEXAS   75861-4500

RE:   CAUSE NO. 1996-CR-1627-B

      THE STATE OF TEXAS
      VS.
      EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER

IN RE:   3RD PETITION FOR WRIT OF HABEAS CORPUS
           FILED 01/25/05

Dear MR. LAFONTAINE aka HAUERSPERGER:

This is to acknowledge receipt of the above captioned 3RD PETITION FOR WRIT OF HABEAS CORPUS. The State is afforded fifteen (15) days from the day they receive notice of filing, in which it may order a hearing.

If no order has been entered within thirty-five (35) days from the filing date, the petition will be forwarded to the Court of Criminal Appeals, for their consideration.

All further correspondence should indicate the above cause number.

Sincerely,

LAURA G. CISNEROS, Deputy

CC:

File

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|-------|----------|---------------|------|-----|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

11

Scanned April 13, 2005



## AURORA DE LA GARZA
### CAMERON COUNTY DISTRICT CLERK

CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

HON. ARMANDO VILLALOBOS
Cameron County District Attorney
974 East Harrison Street
Brownsville, Texas 78520

In Re:      Cause No.1996-CR-1627-B
            State of Texas
            Vs.
            EDWARD LAFONTAINE  aka EDWARD KENT HAUERSPERGER

Dear MR. VILLALOBOS

Enclosed please find a copy of the 3RD  Application in the above styled and numbered Post
Conviction of Habeas Corpus case.

Sincerely,

Deputy

THE STATE OF TEXAS
COUNTY OF CAMERON

     I, ARMANDO VILLALOBOS, District Attorney, Cameron County, Texas, hereby
acknowledge receipt of notice of filing the Application for Writ of Habeas Corpus in the above
entitled and numbered cause, and waive statutory requirements that such notice be made by
certified mail.

ARMANDO VILLALOBOS.

_____
Assistant District Attorney

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|-------|----------|---------------|------|-----|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

000 12

Scanned April 13, 2005

CAUSE NO.  1996-CR-1627-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | 138th JUDICIAL DISTRICT |
| | § | |
| EDWARD K. LaFONTAINE a/k/a | § | |
| EDWARDO KENT HAUERSPERGER | § | CAMERON COUNTY, TEXAS |

## ORDER AND RECOMMENDATIONS

On January 25, 2005, the Defendant in the above-numbered and -styled cause filed his application for a post-conviction writ of habeas corpus, pursuant to Texas Code of Criminal Procedure article 11.07.   In said Application, Defendant complains of the calculation of his time credit, as well as the conditions of his confinement.  This Court, having considered said Application, as well as the record herein, makes the following findings: the Application presents no previously unresolved facts which are material to the legality of Applicant's confinement; the Application seeks relief from the conditions of confinement but does not seek relief from a felony judgment, as required by Texas Code of Criminal Procedure article 11.07; and, the application does not contain the allegations required by Texas Government Code section 501.0081, which would allow the issue of time credit to be considered in this writ proceeding.   Therefore, the Court finds that the Application fails to state a claim that merits relief under Chapter 11 of the Texas Code of Criminal Procedure. Accordingly, this Court, without holding a hearing, recommends that the requested relief be denied.

IT IS, THEREFORE, RECOMMENDED the Application for Writ of Habeas Corpus filed by EDWARD K. LaFONTAINE a/k/a EDWARDO KENT HAUERSPERGER be

Order and Recommendations                                                                    Page 1 of 2

000  13

Scanned April 13, 2005

DENIED. The Clerk is hereby ORDERED to transmit forthwith this Order, together with all

relevant instruments on file that relate to Applicant's Application for Writ of Habeas Corpus,

to the Clerk of the Texas Court of Criminal Appeals.

Signed on ___1___ day of February, 2005.

_____
Judge Presiding

Copies to:        Edward K. LaFontaine #873197
2/7/05            Michael Unit
                  P.O. Box 4500
                  Tennessee Colony, Texas 75886

                  Cameron County District Attorney's Office
                  (Appellate Division)

FILED _9:25_ O'CLOCK _A_ M
AURORA DE LA GARZA DIST. CLERK

FEB 0 7 2005

DISTRICT COURT OF CAMERON COUNTY, TEXAS

Order and Recommendations                                    Page 2 of 2

Scanned April 13, 2005

# BILL OF COSTS

Cause Number: **1996-CR-1627-B**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE **138**TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| **EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER** | § | CAMERON COUNTY, TEXAS |

| | |
|---|---|
| Clerk's Record | **$18.00** |
| Preparation Fee ($15.00 per Volume) | **15.00** |
| Postage and Handling | |
| | **10.00** |
| Amount Due | |
| | **$43.00** |

000 15

Scanned April 13, 2005

# CERTIFIED BILL OF COSTS

THE STATE OF TEXAS          §

                            §

COUNTY OF CAMERON           §

I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing is a true and correct account of the costs accrued in the following entitled and numbered cause:

Cause Number: **1996-CR-1627-B**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE 138TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| **EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER** | § | CAMERON COUNTY, TEXAS |

Given under my hand and seal of office in the 18TH day of **FEBRUARY, 2005.**



Aurora De La Garza
District Clerk

By _____
LAURA G. CISNEROS, Deputy

16

Scanned April 13, 2005

# CLERK'S CERTIFICATE

THE STATE OF TEXAS      §
                         §
COUNTY OF CAMERON      §

    I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing transcript contains true and correct original copies of all proceedings as to the Writ of Habeas Corpus in:

Cause Number: **1996-CR-1627-B**

**Writ III**

THE STATE OF TEXAS

VS

**EDWARD LAFONTAINE aka EDWARD KENT HAUERSPERGER**

As they appear on file and of record in this office.

    Given under my hand and seal of said Court of Cameron County, Texas, on Friday, February 18, 2005.



Aurora De La Garza
District Clerk
Cameron County

Laura G. Cisneros
**Deputy Clerk**