Scanned August 13, 2004

## *CCA Scanning Cover Sheet*



2156619

CaseNumber: WR-52,015-03

EventDate: 04/29/2004

Style 1: LAFONTAINE, EDWARD K. A/K/A EDWARD KENT HA

Style 2:

Event code: WRIT RECEIVED


EventID: 2156619

Applicant first name: EDWARD K.

Applicant last name: LAFONTAINE

Offense: 22.011

Offense code: Sexual Assault

Trial court case number: 1996-CR-1627-B

Trial court name: 138th District Court

Trial court number: 320310138

County: Cameron

Trial court ID: 148

Event map code: FILING

Event description: Application for Writ of Habeas Corpus - 11.07

Event description code: WRIT

Remarks:

---

☐ *Document Scanned*                    ☐ *Created or*
                                        ☐ *Appended*

*Scanned by*          *date*          *Image ID*

*Comment*

---

Scanned August 13, 2004

APPLICANT        EDWARD K. LaFONTAINE        APPLICATION NO. 52,015-03

AKA EDWARD KENT HAUERSPERGER

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

APPLICATION DENIED WITHOUT WRITTEN ORDER.

_Paul W Womack_                          _June 23, 2004_
JUDGE                                           DATE

<u>Scanned August 13, 2004</u>

52,015-03
mFS

Court of Criminal Appeals Number:

Cause Number: **1996-CR-1627-B**

**WRIT II**

# CLERK'S RECORD

The State of Texas

vs.

**Edward K. LaFontaine, aka Edward Kent Hauersperger**

---

Mailed to the Court of Criminal Appeals on
**04/22/04**

Aurora De La Garza
Cameron County District Clerk

Laura G. Cisneros
Deputy Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 2 9 2004

Troy C. Bennett, Jr., Clerk

---

Filed in the Court of Criminal Appeals, at Austin, Texas
the        day of              .      .

Troy C. Bennett, Jr.
Clerk of Court of Criminal Appeals

---

Deputy

Scanned August 13, 2004

Trial Court Number:  **1996-CR-1627-B**

EX PARTE:                           APPLICATION FOR WRIT OF HABEAS CORPUS
**Edward K. LaFontaine, aka**
**Edward Kent Hauersperger**            FROM CAMERON COUNTY, TEXAS
**TDCJ-ID #873197**
**Michael Unit**                        IN THE 138th  JUDICIAL DISTRICT COURT
**P. O. Box 4500**
**Tennessee Colony,  Texas**
**75886-4500**


Applicant's Name:              **Edward K. LaFontaine, aka Edward Kent**
                               **Hauersperger**
Offense:                       **Sexual Assault**

Cause Number:                  **1996-CR-1627-B**

Sentence:                      **10 yrs TDCJ-ID and 10 yrs Probation**

Date of Sentence:              **02/24/97**

Judge Presiding At Trial:      **Hon. Robert Garza**

Court of Appeals Number:

Citation to Opinion:                    S.W. 2d              S.W. 2d
                                   S.W. 2d              S.W. 2d

Hearing Held on Application:   ☐ Yes   ☒ No

Findings of Facts Filed:       ☐ Yes   ☒ No

Recommendation:                ☐ Granted   ☐ Denied   ☒ None

Judge Presiding Over Application:   **Hon. Robert Garza**

<u>Scanned August 13, 2004</u>

CAUSE NUMBER

1996-CR-1627-B

EX PARTE:

Edward K.LaFontaine, aka Edward Kent Hauersperger

IN T.HE 138TH JUDICIAL

DISTRICT COURT OF

CAMERON COUNTY, TEXAS

# I N D E X

| INSTRUMENT | DATE FILED | PAGE |
|---|---|---|
| Application for a Writ of Habeas Corpus Seeking Relief from Final Felony Conviction under Code of Criminal Procedure, Article 11.07 | 3/18/2004 | 1 |
| Letter to Judge, Hon. Robert Garza | 3/30/2004 | 11 |
| Letter to District Attorney, Hon. Yolanda De Leon | 3/30/2004 | 12 |
| Acknowledgment Letter to Defendant | 3/30/2004 | 13 |
| Order | 4/20/2004 | 14 |
| Bill Of Costs | | 16 |
| Certified Bill of Costs | | 17 |
| Clerk's Certificate | | 18 |

<u>Scanned August 13, 2004</u>

RE: Writ No. **Cause No.** 52,015-01

(The Clerk of the convicting court will fill this line.)

**COURT OF CRIMINAL APPEALS OF TEXAS**

**APPLICATION FOR A WRIT OF HABEAS CORPUS**
**SEEKING RELIEF FROM FINAL FELONY CONVICTION**
**UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07**

3:00 O'CLOCK P M
~~AURORA~~ DE LA GARZA, CLERK
MAR 1 8 2004
DISTRICT COURT OF CAMERON COUNTY, TEX
Gloria Medrano DEPUTY

Edward Kent Hauersperger,     January Fourth/1961

**NAME OF APPLICANT  (Please print full name)**          **DATE OF BIRTH**

Micheal Prison Unit          873197

**PLACE OF CONFINEMENT**          **TDCJ-ID NUMBER**

(1) **What court entered the judgment of conviction you want relief from?**
   **(Give the number and county of the court.)**

   138th District court of Texas
   Cameron County, Texas

(2) **What was the cause number in the trial court?** 96-CR-1627B

(3) **What was the trial judge's name?** Roberto Garza

(4) **What was the date of judgment?** UNKNOWN

(5) **What was the length of sentence?** (b) 10 Years/missouri Probation
   (a) Life Banishment from Texas.

(6) **Who assessed punishment?  (Check one)** **(a) Judge (X); (b) Jury (X)**

(7) **What offense or offenses were you were convicted of (all counts)?**

   UNNOWN out of State felony charge.
   Sexual assault, Adult Female.

**Misc. Docket No. 00-100**          **Page 2 of 10**

000  **1**

Scanned August 13, 2004

(8)    **What was your plea? (Check one)**

    (a)    Not guilty             (√)
    (b)    Guilty                 (·)
    (c)    Nolo Contendere    ( )

**If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:**

I said I was Not guilty to both counts, NO evidence was ever presented for OOS Felony.

(9)    **Did you have a jury trial?(check one)**

    (a)    Jury                (√)
    (b)    Judge only        ( )

(10)    Did you testify at the guilt/innocence phase of trial?    Yes ( )      No (√)

(11)    Did you testify at the sentencing phase of trial?    Yes (√)      No( )

(12)    Did you appeal from the judgment of conviction?    Yes ( )      No(√)

(13)    **If you did appeal, answer the following questions:**

    (a)    Which court of appeals?_____

    (b)    What was the cause Number? _____

    (c)    What was the decision? _____

    (d)    What was the date of the decision?_____

    (e)    Did you file a petition for discretionary review?   Yes ( )      No ( )

    (f)    If your answer to (e) was "yes," answer the following questions:

    (g)    What was the cause number in the Court of Criminal Appeals?

        _____

    (h)    What was the decision?_____

    (i)    What was the date of decision?_____

*Misc. Docket No. 00-100*           **Page 3 of 10**

<u>Scanned August 13, 2004</u>

(14)  Have you previously filed an application for writ of habeas corpus under Article
11.07 for relief from this conviction? *I do Not Know article 11.07.*

Yes  ( )                           No   ( )

(15)  If your answer to (14) was "yes," answer the following questions:

(a)  What was the Court of Criminal Appeals writ number? _____

(b)  What was the decision? _____

(c)  What was the date of decision?_____

(d)  What is the reason the current claims were not presented and
could not have been presented in an earlier application?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

000   3

Scanned August 13, 2004

(16)  Do you have any petition or appeal pending in any court, either state or federal, attacking the same conviction?

Yes (✓)          No ( )

(17)  If you are presenting a claim for time credit, have you presented the claim to the time credit resolution system of the Texas Department of Criminal Justice-- Institutional Division?

Yes ( )          No ( )

(a)  If your answer to (17) was "yes," answer the following questions:

What was the date of decision? _____

Why are you not satisfied with the decision? _____

_____

_____

_____

(b)  If your answer to (17) was "no," why have you not presented the claim to the time credit resolution system of the Texas Department of Criminal Justice--Institutional Division?

_____

_____

_____

_____

(18)  State concisely every ground on which you claim that you are being unlawfully confined. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting the grounds.

Misc. Docket No. 00-100          Page 5 of 10

000    4

<u>Scanned August 13, 2004</u>

(n)     Invalid or defective indictment.

(o)     No evidence or insufficient evidence.

(A)     What is your Ground Number One: _DeNied Appeal._

What are the FACTS (tell your story <u>briefly</u> without citing cases or law): AttorNey
Did Not file appeal brief, Nor AnderS brief.
138th District Court of TexaS refuses to
answer ANy of my corespondence.
13th Court of appealS Evades issue of
Appeal of Trial.

(B)     What is your Ground Number Two: Highly Publisized
Marine corp. Rape trial down Hall.

What are the FACTS (tell your story <u>briefly</u> without citing cases or law):

I am a UNited StateS Marine corp. Ranger
Trial for 3 other marineS ON RAPE charges
for Young girl was held at Same time as
mine and publicly spoken about ON T. V.
and Radio as well as iN NewS print.

Misc. Docket No. 00-100          Page 7 of 10

ᏟᎤᎤ   5

Scanned August 13, 2004

(C)   What is your Ground Number Three: I was sedated on Heavey Narcotics.

What are the FACTS (tell your story briefly without citing cases or law):

I've got a severe injurie to my spinal cord that was causing great pain at the time. Docter had me on heavey pain medication, and musle relaxers.
I only recall traumatic events of trial such as Forbiden "other crimes" evidence.

(D)   What is your Ground Number Four: Judge violated state's Sentancing guidlines

What are the FACTS (tell your story briefly without citing cases or law):

I was sent to prison for first (clerical) violation of Probation to file my Appeal unnasisted in any way by law denied investigation be couse I am an Infirmed citizen see I should have done 90 day's in county Jail.

6

Scanned August 13, 2004

18 ε) Denied Bond Hearing.

I was held in custody from march 29th 1994 and when finally indicted on or about Nov. 5th 1996 I was denied Bond Hearing. I have been Held since then with NO Bond, or bond hearing.

Page 8(a) of 10

7

<u>Scanned August 13, 2004</u>

Wherefore, applicant prays that the Court grant applicant relief to which he may be entitled in this proceeding.

## VERIFICATION

(Complete <u>either</u> the Oath  Before Notary Public <u>or</u> the Inmate's Declaration)

### Oath Before Notary Public

STATE OF TEXAS, COUNTY OF _____

_____, being first duly sworn, under oath, says: that he is the applicant in this action and knows the content of the above application and according to the applicant's belief, the foregoing allegations of the application are true.

_____
Signature of applicant

SUBSCRIBED AND SWORN TO BEFORE ME this __ day of _____

_____
Notary Public

### Inmate's Declaration

I, <u>Edward Kent Hauersperger</u>,
(inmate's name)

<u>873197</u>, being presently incarcerated in
(inmate's identifying number from TDCJ or county jail)

<u>Micheal Prison Unit</u>,
(name of TDCJ unit or county jail)

Misc. Docket No. 00-100            Page 9 of 10

8

Scanned August 13, 2004

declare under penalty of perjury that according to my belief the foregoing information and

allegations of the application are true and correct.

Signed on 030704

(date)

E. Kent Haversperger

Signature of applicant

Denied Attorney

Signature of attorney (if any)

Address of Attorney:

Eady Kent
The traveler

030704

THIS DOCUMENT NOT TO BE changed,
or Altered.

Copy:
U.S. District court
Tyler Texas.

Misc. Docket No. 00-100         Page 10 of 10

Scanned August 13, 2004





CSINIB02/CINIB02       TEXAS DEPARTMENT OF CRIMINAL JUSTICE            02/25/04
MI59/LSP4063              IN-FORMA-PAUPERIS DATA                       05:24:46
TDCJ#: 008/3197 SID#: 03004740 LOCATION: MICHAEL       INDIGENT DTE: 07/29/99
NAME: LA FONTAINE,EDWARD R              BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:              0.00 TOT HOLD AMT:            0.00 3MTH TOT DEP:
6MTH DEP:                       6MTH AVG BAL:                6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS


PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
                               --------------------
                               NO BANKING ACTIVITY
                               WITHIN THE PAST 6
                               MONTH PERIOD.
                               --------------------
STATE OF TEXAS COUNTY OF Anderson
ON THIS THE 25 DAY OF February 2004 , CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: .......... OR SID NUMBER: _____

LEE ANN SPEARS
Notary Public, State Of Texas
"Notary Wihtout Bond"
My Commission Expires 06-23-2007

RECEIVED

MAR 1 8 2004

138th
DISTRICT COURT

000  10

Scanned August 13, 2004



**AURORA DE LA GARZA**
**CAMERON COUNTY DISTRICT CLERK**

CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

CAUSE NO. 1996-CR-1627-B

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 138TH JUDICIAL |
| VS | DISTRICT COURT OF |
| EDWARD KENT HAUERSPERGER | CAMERON COUNTY, TEXAS |

( WRIT II )

Filed on  03/18/04

To The Honorable  ROBERT GARZA:

Judge presiding in the convicting court in the above entitled and numbered cause.

I hand you herewith a copy of the Applicant's 2ND Application for Writ of Habeas Corpus in the above styled and numbered filed on 03/18/04.

Issued and given under my hand and seal of office this 03/30/04.

Aurora De La Garza, District Clerk
Cameron County, Texas

By:  *Laura Cisneros*

LAURA G. CISNEROS, Deputy

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|---|---|---|---|---|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

Scanned August 13, 2004



# AURORA DE LA GARZA
## CAMERON COUNTY DISTRICT CLERK
CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

Tuesday, March 30, 2004

Hon. Yolanda De Leon
Cameron County District Attorney
974 East Harrison Street
Brownsville, Texas 78520

In Re:      Cause No.1996-CR-1627-B
            State of Texas
            Vs.
            EDWARD KENT HAUERSPERGER

Dear Mrs. De Leon,

Enclosed please find a copy of the 2ND Application in the above styled and numbered Post Conviction of Habeas Corpus case.

Sincerely,

**LAURA G. CISNEROS**
Deputy

THE STATE OF TEXAS
COUNTY OF CAMERON

      I, Yolanda De Leon, District Attorney, Cameron County, Texas, hereby acknowledge receipt of notice of filing the Application for Writ of Habeas Corpus in the above entitled and numbered cause, and waive statutory requirements that such notice be made by certified mail.

Yolanda De Leon

Assistant District Attorney

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|-------|----------|---------------|------|-----|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

**12**

Scanned August 13, 2004

 **AURORA DE LA GARZA**
CAMERON COUNTY DISTRICT CLERK

CRIMINAL DEPARTMENT – APPEALS SECTION
974 EAST HARRISON STREET
BROWNSVILLE, TEXAS 78520

MARCH 30, 2004

EDWARD KENT HAUERSPERGER
AKA LAFONTAINE #873197
P. O. 4500 MICHAEL
TENNESSEE COLONY, TEXAS  75886

RE:    CAUSE NO. 1996-CR-1627-B

      THE STATE OF TEXAS
      VS.
      EDWARD KENT HAUERSPERGER

      IN RE:    2ND PETITION FOR WRIT OF HABEAS CORPUS
                FILED 03/18/04

Dear  MR. HAUERSPERGER:

This is to acknowledge receipt of the above captioned 2ND  PETITION FOR WRIT OF HABEAS CORPUS.  The State is afforded fifteen (15) days from the day they receive notice of filing, in which it may order a hearing.

If no order has been entered within thirty-five (35) days from the filing date, the petition will be forwarded to the Court of Criminal Appeals, for their consideration.

All further correspondence should indicate the above cause number.

Sincerely,

LAURA G. CISNEROS, Deputy

CC:

File

| CIVIL | CRIMINAL | CHILD SUPPORT | JURY | FAX |
|-------|----------|---------------|------|-----|
| (956) 544-0838 | (956) 544-0839 | (956) 544-0840 | (956) 544-0842 | (956) 544-0841 |

**13**

<u>Scanned August 13, 2004</u>

## CAUSE NO. 96-CR-1627-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| v. | § | 138TH JUDICIAL DISTRICT |
| Edward K. LaFontaine<br>a/k/a Edward Kent Hauersperger | § | CAMERON COUNTY, TEXAS |

### ORDER

On March 30, 2004, Applicant in the above cause filed his second application for writ of habeas corpus. Applicant again alleges ineffective assistance of counsel. Having reviewed the record in this case the following findings of fact are forwarded to the Court of Criminal Appeals:

1. Applicant's original sentence was affirmed by the Thirteenth Court of Appeals in an unpublished opinion cause number 13-99-329-CR.

2. Applicant subsequently filed a writ of habeas corpus under the name Edward K. LaFontaine.

3. Applicant now files under the a/k/a of Edward Kent Hauersperger, alleging, essentially the same complaints.

The Court, having considered the same, as well as the entire record, finds that the Application presents no controverted previously unresolved facts which are material to the legality of Applicant's confinement, and fails to state a claim that merits relief under Chapter 11, TEX. CODE CRIM. PROC., and should be denied without a hearing.

1

000   14

Scanned August 13, 2004

It is, therefore, ORDERED that Applicant's Application for Writ of Habeas Corpus filed by Edward K. LaFontaine a/k/a Edward Kent Hauersperger be DENIED.  The Clerk is hereby directed to transmit forthwith all relevant instruments on file that relate to Applicant's Application to the Clerk of the Texas Court of Criminal Appeals.

Signed for entry on ___April 20,_____ 2004.

_____
JUDGE PRESIDING

FILED _2:00_ O'CLOCK _P_ M
AURORA DE LA GARZA DIST. CLERK

APR 2 0 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

Rosa Maria Ochoa

Edward K. LaFontaine,
a/k/a, Edward Kent Hauersperger, Pro Se Movant
TDCJ-ID #873197
Michael Unit
PO Box 4500
Tennessee Colony, Texas 75886

2

15

Scanned August 13, 2004

# BILL OF COSTS

Cause Number: **1996-CR-1627-B**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | IN THE **138**[TH] JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| **EDWARD K. LAFONTAINE,** <br> **AKA EDWARD KENT** <br> **HAUERSPERGER** | § | CAMERON COUNTY, TEXAS |

| | |
|---|---|
| Clerk's Record | **$19.00** |
| Preparation Fee ($15.00 per Volume) | **$15.00** |
| Postage and Handling | **$10.00** |
| Amount Due | **$44.00** |

000  **16**

Scanned August 13, 2004

# CERTIFIED BILL OF COSTS

THE STATE OF TEXAS                §

                                  §

COUNTY OF CAMERON                 §

     I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing is a true and correct account of the costs accrued in the following entitled and numbered cause:

Cause Number: **1996-CR-1627-B**

| **The State of Texas** | § | IN THE 138th JUDICIAL |
|---|---|---|
| VS. | § | DISTRICT COURT OF |
| **Edward K. LaFontaine, aka**<br>**Edward Kent Hauersperger** | § | CAMERON COUNTY, TEXAS |

    Given under my hand and seal of office in the **22**[nd] day of **April, 2004.**



Aurora De La Garza
District Clerk

By:_____
   **Laura G Cisneros, Deputy**

**17**

Scanned August 13, 2004

# CLERK'S CERTIFICATE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

     I, Aurora De La Garza, Clerk of the District Courts of Cameron County, Texas, do hereby certify that the foregoing transcript contains true and correct original copies of all proceedings as to the Writ of Habeas Corpus in:

Cause Number:  **1996-CR-1627-B**

**Writ II**

THE STATE OF TEXAS

VS

**Edward K. LaFontaine, aka Edward Kent Hauersperger**

As they appear on file and of record in this office.

     Given under my hand and seal of said Court of Cameron County, Texas, on Wednesday, April 21, 2004.

Aurora De La Garza
District Clerk
Cameron County

Laura G. Cisneros
Deputy Clerk

**18**