Scanned August 13, 2004

## *CCA Scanning Cover Sheet*



2155461

CaseNumber: WR-52,015-02

EventDate: 04/19/2004

Style 1: LAFONTAINE, EDWARD K. A/K/A EDWARD KENT HA

Style 2:

Event code: INMATE CORRESPOND

EventID: 2155461

Applicant first name: EDWARD K.

Applicant last name: LAFONTAINE

Offense:

Offense code:

Trial court case number: 96CR1627B

Trial court name: 138th District Court

Trial court number: 320310138

County: Cameron

Trial court ID: 148

Event map code: GENERIC

Event description: Pro Se

Event description code: PRO SE

Remarks: PLACED IN FILE

---

☐ *Document Scanned*                                    ☐ Created or
                                                        ☐ Appended

*Scanned by*          *date*          *Image ID*

*Comment*

---

Scanned August 13, 2004

Scanned August 13, 2004

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 1 9 2004

Troy C. Bennett, Jr., Clerk

041204

52,015

CLERK'S OFFICE
PLACE IN FILE
Complaint

Clerk,

Find enclosed copy of my of order written by Cameron County attorney, as well as my copy of order. These are for court of criminal appeals File.

I have filed at least two other habius writs consering present incarseration with 138th court of Texas with no Just response. I feel that there is a conspirousy please bring this to courts attention.

Recent notice of appeal being filed by 138th clerk gives missinformation and is first correspondence I have recieved from that court in over 15 month's. I have filed no less than 8 motions and 3 letters with them in same time.

Sincerely,

Edward Kent Haversperger

U.S.M.C. RANGER

"INFIRMED CITIZEN" Micheal prison unit"

Scanned August 13, 2004

Scanned August 13, 2004

041104

Judge Garza,

Good vibes, and well wishes.

I was unaware that I was able to order a hearing within 15 day's of my filling habius untill clerk Notified me by letter dated march 30th 2004 or I would have ordered hearing.

Find enclosed my complaint of order filed by Gordon K. Lemaine.

I wish to remind You personally that You desired testimony of Travis county officials, and padilla refused to present them. You desired testimony as to my mental, drug induced state, and padilla refused to present it. Refusal of Appeal is a New issue as court of 13th recently refused my appeal again.

other issues have NOT been presented to court previousley. MY law studies are HAMPERD by state's taking my Texas criminal practice Guide. Appologies

E. Kat Haresppu

COPY: court of criminal Appeals

1 of 4

Scanned August 13, 2004

Scanned August 13, 2004

Cause No. 96-CR-1627-B

HAUERSPERGER
        Plaintiff                §        138th District Court

V.                                §        Cameron County, Texas

State of Texas;                   §
Gordon K. LeMaire, et al;
        Defendant(s)

Complaint of order written April 6th 2004
Amended Habius writ conserning above captioned
cause was Filed 03-07-04 by Edward Kent
Hauersperger in HIS one, and only LEGAL
Name. Hauersperger has been manipulated
into using other Name LaFontaine by state
in past yet will no longer do so.
state has never given any Testimonie,
or evidence as to why it has given
Hauersperger Also KNOWN as Name.
County Attorney Lemaire is slanderous
and harassing in using Name LaFontaine.
Yolanda De leon erred in appointing Lemaire
to this cause.
Gordon K. Lemaire is under cival suite for
his improperly trained, and supervised associates
causing great physical injury and pain to
Plaintiffs spinal chord in county Jail IN
retaliation for Jasper mans death Hauersperger
was Handcuffed, Shackeled then draged.

2 of 4

Scanned August 13, 2004

<u>Scanned August 13, 2004</u>

being slamed into fence gate plaintiffs
Spinal chord and back damaged STILL
causing GREAT PAIN.

No evidence has been given whatsoever that
Hauersperger had anything whatsoever to do
with Jasper mans death.

This spinal injury was cause of plaintiff being
heavily medicated at trial.

Since 03-07-04 filing of considered Habius writ
plaintiff has been beaton, and sexually molested
by Texas staff members. Plaintiff asks for
* BOND HEARING.

Hauersperger is now seeking (43) fortythree million
dollars in damages for injuries resulting from
his unlawful, imoral, incustody time.

Plaintiff has filed 54 42 USCA § 1983 cival suites
against Texas and it's associates since June
22nd 1999. Plaintiff firmly believes this is
Because of states (in)Actions.

County Attorney LeMaire claims this is
plaintiffs Second Habius writ. It is plaintiffs
9th request for habius relief.

Plaintiff has Noted with more than a passing
interest inneffective assistance of counsil
as it is an <u>continuing</u>, underiyng FORCE
of his innablitie to investigate, and Deffend
hiself. Along with state laws against
"Informed citizen" PRE TRIAL/APPEALANT
in T.D.C. custody Section 552.027.

* Plaintiff notes this is Habius issue.

Scanned August 13, 2004

Scanned August 13, 2004

Plaintiff has been injured. LIBERTY INTEREST is only consern for right to be represented.

Gordon K. LeMaire, County Attorney gives further missinformation by claiming that "applicants original sentence was affirmed by the 13th court of Appeals in an unpublished cause Number 13-99-329-CR, That decision conserned a probation hearing; 1999. NOT My Sexual assault trial, of 1997.

LeMaire gives further missinformation by stating that plaintiff "alleges essentially the same facts, and "presents no controverted previously unresolved facts.
All grounds on this Habius are new, and unresolved.

Other evidences are extreme and plaintiff will not glorify his subline investigatory skills. Plaintiff douse not feel court is pre Judged yet agrees with Mr. LeMaire's request that all relevant instruments on file be sent to court of criminal apperls unless plaintiff is released with bond pending new indictment and trial.

Enacted, and fiied this the 12th day of April 2004 at Micheal Prison unit, Texas. I Edward Kent Hauersperger certify all of the foregoing to be true to the best of my belief, and knowledge. E. Kent Hauersperger

LeMaire certify's Nothing and is a liar.

Copy: court of criminal appeals.

4 of 4

Scanned August 13, 2004

Scanned August 13, 2004



FILED
AURORA DE LA GARZA
DISTRICT CLERK

2004 APR -6 P 1: 23

CAMERON COUNTY, TEXAS

Laura G. Cisneros DEPUTY

## CAMERON COUNTY DISTRICT ATTORNEY
CAMERON COUNTY COURTHOUSE
974 E. HARRISON ST., 2ND FLOOR -- BROWNSVILLE, TX 78520-7158
956.544.0849 (Brownsville)  956.425.6043 (Harlingen)  956.544.0869 (Fax)

YOLANDA de LEON,
Cameron County
and District Attorney

April 6, 2004

Hon. Robert Garza
Judge Presiding
138TH District Court

RE:    Trial Cause No. 96-CR-1627-B
       State of Texas v. Edward K. LaFontaine
       ~~A/k/a~~ Edward Kent Hauersperger    *slanderous/ Harrasing*
       *only legal Name*

Dear Judge Garza:

*9th*

In lieu of a response to the above-referenced inmates's second application's for writ of habeas corpus, attached is our proposed Order.

By copy of this letter I am notifying the inmate of this submission. Thanking you for your time and attention, I remain

Yours Truly,

Gordon K. LeMaire

Gordon K. LeMaire,
Assistant County
and District Attorney

Edward K. LaFontaine,
a/k/a, Edward Kent Hauersperger, Pro Se Movant    *Refused Attorney*
TDCJ-ID #873197
Michael Unit
PO Box 4500
Tennessee Colony, Texas 75886

<u>Scanned August 13, 2004</u>

Scanned August 13, 2004

## CAUSE NO. 96-CR-1627-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| v. | § | 138TH JUDICIAL DISTRICT |
| Edward K. LaFontaine a/k/a Edward Kent Hauersperger | § | CAMERON COUNTY, TEXAS |

### ORDER

On March 30, 2004, Applicant in the above cause filed his <u>second</u> application for writ of habeas corpus. Applicant again alleges ineffective assistance of counsel.

Having reviewed the record in this case the following findings of fact are forwarded to the Court of Criminal Appeals:

1. Applicant's <u>original sentence was affirmed</u> by the Thirteenth Court of Appeals in an unpublished opinion cause number 13-99-329-CR. ( *PRobatioN Hearing appeal* )

2. Applicant subsequently filed a writ of habeas corpus under the name Edward K. LaFontaine.

3. Applicant now files under the a/k/a of Edward Kent Hauersperger, alleging, essentially the same complaints.

*Not close*

The Court, having considered the same, as well as the entire record, finds that the Application presents <u>no</u> controverted <u>previously unresolved facts</u> which are material to the legality of Applicant's confinement, and <u>fails to state a claim that merits relief</u> under Chapter 11, TEX. CODE CRIM. PROC., and should be denied without a hearing.

1

Scanned August 13, 2004

Scanned August 13, 2004

        It is, therefore, ORDERED that Applicant's Application for Writ of Habeas Corpus

filed by Edward K. LaFontaine a/k/a Edward Kent Hauersperger be DENIED.  The Clerk

is hereby directed to transmit forthwith all relevant instruments on file that relate to

Applicant's Application to the Clerk of the Texas Court of Criminal Appeals.

        Signed for entry on _____ 2004.


                       _____

                       JUDGE PRESIDING


Edward K. LaFontaine,
a/k/a, Edward Kent Hauersperger, Pro Se Movant
TDCJ-ID #873197
Michael Unit
PO Box 4500
Tennessee Colony, Texas 75886

2

complaint of ORDER written April 6th 2004

Scanned August 13, 2004

Gorden K. LeMaire assistant county Attorney is under civil suite by plaintiff for his improperly ~~supe~~ trained, and supervised assiates causing great physical injury to plaintiffs spinal cord in county jail.

~~Goden K.~~ Yolanda De Leon erred in appointing Him to this cause. ~~County Attorney~~ Lemaire is standerous and Harassing in calling plaintiff LaFontane, In Retaliation for Jasper mans death, plaintiff was Handcuffed, shackled and draged being slamed into fence gate plaintiffs spinal chord ~~bast~~ damaged No evidence has been given that plaintiff had anything whatsoever to do with Jasper mans death.

county Attorney claims this is plaintiffs second Habius writ, it is plaintiffs 9th request for Habius relief plaintiff has Noted for passing interest inneffective assistance of counsil in all motions as it is an underlying FORCE of his inabilitie to investigate, and defend his cause. Along with state laws against "infirmed citizen", PRETRIAL/APPEALANT in T.D.C. custody; plaintiff has been injured 528.0073 malicously LIBERTY INTEREST is only consern. (This spinal injury was cause of my being heavily medicated at trial)

plantiff asks court for Bond Hearing

Since filing of considered Habius writ 03-0004 plaintiff has been beaten and sexually molested by his undesired ~~captors~~ custody by state of Texas staff, (see Use of Force Film, plaintiff is Now seeking 43 million dollars in damages for injuries sufferd since his being in custody by the State of Texas. Plaintiff has filed 54 42 USCA§1983 civil suites against Texas and it's associates, Plaintiff firmly believes this is cause of States (in)Actions,