Scanned August 13, 2004

## *CCA Scanning Cover Sheet*



2164921

CaseNumber: WR-52,015-02

EventDate: 07/19/2004

Style 1: LAFONTAINE, EDWARD K. A/K/A EDWARD KENT HA

Style 2:

Event code: MISC DOCUMENT RECD

EventID: 2164921

Applicant first name: EDWARD K.

Applicant last name: LAFONTAINE

Offense:

Offense code:

Trial court case number: 96CR1627B

Trial court name: 138th District Court

Trial court number: 320310138

County: Cameron

Trial court ID: 148

Event map code: GENERIC

Event description:

Event description code:

Remarks: STATEMENT OF FACTS / CHANGE OF ADDRESS

☐ Document Scanned

☐ Created or
☐ Appended

Scanned by _____ date _____    Image ID _____

Comment _____

Scanned August 13, 2004

52,015-02.

U.S. Court of Criminal Appeals

New Orleans, La.

LaFontaine, Edward          §
(Plaintiff)                 §
                            §
V,                          §
The State of Texas          §
(Defendant)                 §

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 1 0 2003

Troy C. Bennett, Jr., Clerk

Written Notice of Adress change

I Edward LaFontaine above named
Plaintiff Hereby Notifies Honorable
Court that His New adress is
P.O. Box 4500 Tennesse, Colony, TX.
75886. Enacted this day 03062003.

E. Kent Hauersper

Edward Kent Hauersperger
AKA Edward LaFontaine
873197 Micheal
4500 Tennesse colony, TX.
75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 1 0 2003

Troy C. Bennett, Jr., Clerk

Scanned August 13, 2004

52,015
KR8

NWF

Texas court of criminal Appeals
Supreme court Building
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 2 4 2003

Troy C. Bennett, Jr., Clerk

## Motion to Review Judge's Declaration

| | | |
|---|---|---|
| Edward Kent Hauersperger (Plaintiff) | § | Habius corpus |
| | § | 96-CR-1627B |
| V. | § | |
| The State of Texas court of criminal Appeals Defendant | § | |

## Statement of Facts

Above Named Plaintiff was Notified by Above mentioned court that his request for Habius corpus relief was denied becouse he still had a dirrect appeal pending. Plaintiff's state appointed counsil of record Never filed for Desired Appeal and Further more:

1) counsil was inneffective as he Never filed a reason for Not filling appeal brief.

2) one of plaintiff's desires for habius corpus relief was that an appeal was denied him.



CLERK'S OFFICE
PLACE IN FILE

Scanned August 13, 2004

3) Plaintiff has Not contested this finding untill Now becouse of refusal of state to give KNOWN effective treatment for my Bi-polar disorder.

4) Plaintiff had presented Documented, Factually unlawful, activity conserning his arrest, prosecution, and incarseration.

Plaintiff hereby pray's that a HONORABLE investigation, and decision be made by said Court. I Edward Kent Hauersperger hereby certify that all of the Foregoing is true to the best of my Knowledge and belief. ENacted this the 20th day of January in the 2003rd Year of our Lord and savior christ. Texas celebration of Dr. Martin Luther King's (cival rights enthusiest) Birthday.

*Edward Kent Hauersperger*

Edward Kent Hauersperger
#873197 SKYview
P.O. 999 RuSK, TeXaS
78539