Scanned August 13, 2004

## CCA Scanning Cover Sheet



1915849

CaseNumber: WR-52,015-02
EventDate: 02/06/2003
Style 1: LAFONTAINE, EDWARD K. A/K/A EDWARD KENT HA
Style 2:
Event code: WRIT RECEIVED

EventID: 1915849
Applicant first name: EDWARD K.
Applicant last name: LAFONTAINE
Offense:
Offense code:
Trial court case number: 96CR1627B
Trial court name: 138th District Court
Trial court number: 320310138
County: Cameron
Trial court ID: 148
Event map code: FILING
Event description: Application for Writ of Habeas Corpus - 11.07
Event description code: WRIT
Remarks:

☐ Document Scanned                             ☐ Created or
                                               ☐ Appended
Scanned by          date           Image ID

Comment

printed by DHaywood                           vers 1.1 mtc
printed on 7/19/2004 9:57:01 AM               Page 1 of 1

Scanned August 13, 2004

APPLICANT **EDWARD KENT LAFONTAINE**        APPLICATION NO. 52,015-02

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

APPLICATION DENIED WITHOUT WRITTEN ORDER.

_____    4-2-03
JUDGE                                                            DATE

Scanned August 13, 2004

52,015-02

Cause No _____
(The Clerk of the convicting court will fill this line)

COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APPLICATION FOR A WRIT OF HABEAS CORPUS
SEEKING RELIEF FROM FINAL FELONY CONVICTION
UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07

FEB 06 2003

C. Bennett, Jr., Clerk

Edward Kent Hauersperger
AKA Edward Kent LaFontaine                    01-04-61
NAME OF APPLICANT (Please print full name)    DATE OF BIRTH

Rusk, Texas                                   873197
PLACE OF CONFINEMENT                          TDCJ-ID NUMBER

(1) What court entered the judgment of conviction you want relief from?
    (Give the number and county of the court)
    138th District court, Cameron Co.

(2) What was the cause number in the trial court? 96CR1627B

(3) What was the trial judge's name? Robert Garza

(4) What was the date of judgment? March 1997

(5) What was the length of sentence? 10 Years probation

(6) Who assessed punishment? (Check one)    (a) Judge ( ); (b) Jury (X)

(7) What offense or offenses were you were convicted of (all counts)?
    Sexual assault.

Misc Docket No 00-100         Page 2 of 10

Scanned August 13, 2004

(8) What was your plea? (Check one)

    (a) Not guilty                X
(b) Guilty                   ( )
(c) Nolo Contendere    ( )

If you entered a guilty plea to one count or indictment and a not guilty plea to another count or indictment give details

_____

_____

(9) Did you have a jury trial? (check one)

    (a) Jury           (✓)
(b) Judge only   ( )

(10) Did you testify at the guilt/innocence phase of trial?   Yes ( )   No (✓)

(11) Did you testify at the sentencing phase of trial?   Yes (✓)   No ( )

(12) Did you appeal from the judgment of conviction?   Yes (✓)   No ( )

(13) If you did appeal answer the following questions:

    (a) Which court of appeals? 13th
(b) What was the cause Number? 96CR1627 B
(c) What was the decision? Attorney did Not File
(d) What was the date of the decision? Brief. 2000
(e) Did you file a petition for discretionary review? Yes ( ) No ( ) Asked for documents to File, Motion Not Answered
(f) If your answer to (e) was "yes," answer the following questions:
(g) What was the cause number in the Court of Criminal Appeals?
96CR1627.B
(h) What was the decision? Not given documents
(i) What was the date of decision? 2000

Misc Docket No 00-100        Page 3 of 10

Scanned August 13, 2004

(16) Do you have any petition or appeal pending in any court either state or federal attacking the same conviction?

Yes (X)        No ( )

(17) If you are presenting a claim for time credit have you presented the claim to the time credit resolution system of the Texas Department of Criminal Justice--Institutional Division?

Yes (✓)        No ( )

(a) If your answer to (17) was "yes," answer the following questions

What was the date of decision? **Present**

Why are you not satisfied with the decision? **All correspondence ignored.**

(b) If your answer to (17) was "no," why have you not presented the claim to the time credit resolution system of the Texas Department of Criminal Justice--Institutional Division?

(18) State concisely every ground on which you claim that you are being unlawfully confined. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting the grounds

Scanned August 13, 2004

For your information the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings Each statement preceded by a letter constitutes a separate ground for possible relief The grounds you may raise are not limited to those listed below However you should raise in this application all available grounds (relating to this conviction) on which you base your allegations that you are being unlawfully confined

If you claim one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose Do not simply check any of the grounds listed below

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea

(b) Conviction obtained by use of coerced confession

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant

(g) Conviction obtained by a violation of the protection against double jeopardy

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and empaneled

(i) Denial of effective assistance of counsel

(j) Denial of right of appeal

(k) Denial of time credits on sentence

(l) Improper revocation of parole or mandatory supervision

(m) Illegal sentence

Scanned August 13, 2004
---

(n) Invalid or defective indictment

(o) No evidence or insufficient evidence

(A) What is your Ground Number One: Due process Right(s) malicousley ignored as well as TDCJID Policy.

What are the FACTS (tell your story briefly without citing cases or law)

I was put in security detention by Lt. Jones for requesting step one Grievance and or informal resolution attempt. I have been held here now about 16 days, I have had NO Adudicatory hearing what so ever.

(B) What is your Ground Number Two: Illegal sentance

What are the FACTS (tell your story briefly without citing cases or law):

I have never seen orientation Film and never been orientaded to TDCJID policy or proceedure and have lost all good time and work time for vauge, undocumented violation of rules which is contrary to photogrhaphic evidence.

Scanned August 13, 2004
___

(C)  What is your Ground Number Three: Refuse copy of evidence Favorable to me.

What are the FACTS (tell your story briefly without citing cases or law)
I.A.D. Records, G.I. Record's use of force films refused me.

(D)  What is your Ground Number Four: Refused right to face accuser.

What are the FACTS (tell your story briefly without citing cases or law):
Refused Adjudicatory Hearings, or writen down that I refused !

Scanned August 13, 2004

Wherefore applicant prays that the Court grant applicant relief to which he may be entitled in this proceeding

VERIFICATION

(Complete either the Oath Before Notary Public or the Inmate's Declaration)

Oath Before Notary Public

STATE OF TEXAS COUNTY OF _____

_____, being first duly sworn, under oath, says: that he is the applicant in this action and knows the content of the above application and according to the applicant's belief, the foregoing allegations of the application are true

_____
Signature of applicant

SUBSCRIBED AND SWORN TO BEFORE ME this \_\_ day of _____

_____
Notary Public

**Inmate's Declaration**

I, _Edward KeNt Hauersperger_,
(inmate's name)

_873197_, being presently incarcerated in
(inmate's identifying number from TDCJ or county jail)

_SKY View_,
(name of TDCJ unit or county jail)

Misc Docket No 00-100     Page 9 of 10

Scanned August 13, 2004

declare under penalty of perjury that according to my belief the foregoing information and allegations of the application are true and correct

Signed on  01/21/2003
            (date)

*E. Kent Hawerspey* [signature]
Signature of applicant

_____
Signature of attorney (if any)

Address of Attorney:
_____
_____
_____

Misc. Docket No 00-100      Page 10 of 10