Scanned August 13, 2004

## CCA Scanning Cover Sheet



1917345

CaseNumber: WR-52,015-02
EventDate: 03/06/2003
Style 1: LAFONTAINE, EDWARD K. A/K/A EDWARD KENT HA
Style 2:
Event code: MISC DOCU RECD

EventID: 1917345
Applicant first name: EDWARD K.
Applicant last name: LAFONTAINE
Offense:
Offense code:
Trial court case number: 96CR1627B
Trial court name: 138th District Court
Trial court number: 320310138
County: Cameron
Trial court ID: 148
Event map code: GENERIC
Event description: Application for Writ of Habeas Corpus - 11.07
Event description code: WRIT
Remarks: Location:   /KRS MOT TO APPEAL TO

☐ Document Scanned                              ☐ Created or
                                                ☐ Appended

Scanned by        date        Image ID

Comment

Scanned August 13, 2004

KRS

In the Texas Court of Criminal Appeals
Austin, Texas

52,015-02

LaFontaine 873197
AKA/Edward Kent Hauersperger
(Plaintiff)

V.

Gary Johnson,
Warden Skyview;

Yolanda DeLeon
(States Attorney)

Cause 96-CR-1627b

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 0 3 2003

Troy C. Bennett, Jr., Clerk

Motion to Appeal Habius corpus to Supreme court of Texas

Here comes Now above named plaintiff and prays Honorable Court Grant him permission to Appeal Habius corpus to Supreme court of Texas informa-pauperis. Enacted this day 02/25/2003.

E. Kent Hauersperger
Skyview Hospital
PO 999 Rusk, TX.
75785

3/11/03
FILE IN WRIT FILE FOR
COURT'S CONSIDERATION
BY: _____

Scanned August 13, 2004

## Certificate of Service

I Edward Kent Hauersperger A.K.A. LaFontaine T.D.C. #873197 hereby certify that a true and correct copy of the enclosed motion to Appeal to Supreme Court of Texas has been mailed via T.D.C. Internal mail system this 26th day of Feb. 2003 to Gary Johnson Director of T.D.C.J.-I.D.; Attorney for State Yolanda De Leon, and Warden of Sky View.

*E Kent Hauersperger*
Edward Kent Hauersperger
A.K.A. LaFontaine #873197
P.O. Box 999 Rusk, TX,
75785