CHIEF JUSTICE
  ROGELIO VALDEZ

JUSTICES
  LINDA REYNA YANEZ
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  ROSE VELA

CLERK
  CATHY WILBORN



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL.)
956-318-2403 (FAX)

*www.13thcoa.courts.state.tx.us*

April 27, 2007

Marta McLaughlin
Asst. Attorney General
P. O. Box 12548
Austin, TX  78711

> Re:    Cause No. 13-99-00329-CR
> Tr.Ct.No. 96-CR-1627-B
> EDWARD LAFONTAINE
> v.
> THE STATE OF TEXAS

Dear Ms. McLaughlin:

Pursuant to your request, the following appellate record is being forwarded to you:

1) Clerk's Record (1 volume)
2) Supplemental Clerk's Record (1 volume)
3) Reporter's Record (4 volumes)
4) Exhibits (1 volume)
5) Appellant's Brief
6) State's Brief
7) Opinion and Judgment
8) Appellant's Motion for Rehearing

Accordingly, the record is hereby ORDERED to be returned to this Court on or before August 27, 2007 or, if you are unable to return the record at that time, please file a response notifying this Court of the status of the case and a request for further extension on the return of the record.

Very truly yours,

Cathy Wilborn, Clerk

CW:rgl
cc: Ms. Nelda T. Garcia