| | | |
|---|---|---|
| CHIEF JUSTICE<br>   ROGELIO VALDEZ<br><br>JUSTICES<br>   LINDA REYNA YANEZ<br>   NELDA V. RODRIGUEZ<br>   DORI CONTRERAS GARZA<br>   GINA M. BENAVIDES<br>   ROSE VELA<br><br>CLERK<br>   CATHY WILBORN | <br><br># Court of Appeals<br>## Thirteenth District of Texas | NUECES COUNTY COURTHOUSE<br>901 LEOPARD, 10TH FLOOR<br>CORPUS CHRISTI, TEXAS 78401<br>361-888-0416 (TEL)<br>361-888-0794 (FAX)<br><br>HIDALGO COUNTY<br>ADMINISTRATION BLDG.<br>100 E. CANO, 5TH FLOOR<br>EDINBURG, TEXAS 78539<br>956-318-2405 (TEL.)<br>956-318-2403 (FAX)<br><br>www.13thcoa.courts.state.tx.us |

April 27, 2007

Marta McLaughlin
Asst. Attorney General
P. O. Box 12548
Austin, TX  78711

                                 Re:    Cause No. 13-99-00329-CR
                                           Tr.Ct.No. 96-CR-1627-B
                                           EDWARD LAFONTAINE
                                           v.
                                           THE STATE OF TEXAS

Dear Ms. McLaughlin:

       Pursuant to your request, the following appellate record is being forwarded to you:

       1)    Clerk's Record (1 volume)
       2)    Supplemental Clerk's Record (1 volume)
       3)    Reporter's Record (4 volumes)
       4)    Exhibits (1 volume)
       5)    Appellant's Brief
       6)    State's Brief
       7)    Opinion and Judgment
       8)    Appellant's Motion for Rehearing

      Accordingly, the record is hereby ORDERED to be returned to this Court on or before August 27, 2007 or, if you are unable to return the record at that time, please file a response notifying this Court of the status of the case and a request for further extension on the return of the record.

                                                    Very truly yours,

                                                    *Cathy Wilborn*
                                                    Cathy Wilborn, Clerk

CW:rgl
cc:  Ms. Nelda T. Garcia