COURT OF APPEALS NO. **13-99-329-CR**

TRIAL COURT NO. **96-CR-1627-B**

IN THE **138TH** DISTRICT COURT

OF CAMERON COUNTY, TEXAS

HONORABLE **ROBERT GARZA** JUDGE PRESIDING

*FILED IN THE 13TH COURT OF APPEALS CORPUS CHRISTI DEC 2000 BY CATHY WILBORN CLERK*

---

**THE STATE OF TEXAS**

**VS.**

**EDWARD K. LAFONTAINE**
**A/K/A EDWARD KENT HAVERSPERGER**

---

APPEALED TO THE COURT OF APPEALS FOR
THE **13TH** DISTRICT OF TEXAS, AT CORPUS CHRISTI, TEXAS

---

| **ATTORNEY FOR APPELLANT:** | **ATTORNEY FOR APPELLEE:** |
|---|---|
| **HON. ALFREDO PADILLA** | **HON. YOLANDA DE LEON** |
| STATE BAR NO. **15404600** | STATE BAR NO. **05652420** |
| 1000 E. VAN BUREN | 974 E. HARRISON STREET |
| BROWNSVILLE, TEXAS 78520 | BROWNSVILLE, TEXAS 78520 |
| PHONE NO. **(956) 544-7100** | PHONE NO. **(956) 544-0849** |
| FAX NO. **(956) 544-0647** | FAX NO. **(956) 544-0869** |

---

MAILED TO THE COURT OF APPEALS FOR THE **13TH** DISTRICT
OF TEXAS, AT CORPUS CHRISTI, ON THE **1ST** DAY
OF **DECEMBER**, **2000.**

AURORA DE LA GARZA
CAMERON COUNTY DISTRICT CLERK

BY _____, DEPUTY
JESSICA CRUZ

---

FILED IN THE COURT OF APPEALS FOR THE **13TH** DISTRICT OF
TEXAS, AT CORPUS CHRISTI

**HON. CATHY WILBORN,** CLERK

BY_____, DEPUTY

---

RECEIVED DEC 5 2000

CAUSE NO. <u>96-CR-1627-B</u>

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 138TH JUDICIAL |
| VS. | DISTRICT COURT OF |
| EDWARD K. LAFONTAINE<br>EDWARD KENT HAVERSPERGER | CAMERON COUNTY, TEXAS |

## I N D E X

| INSTRUMENT | PAGE |
|---|---|
| CAPTION............................................... | <u>1</u> |
| DEFENDANT EDWARD K. LAFONTAINE'S MOTION TO RECUSE JUDGE ROBERT GARZA FILED 04/21/99...................... | <u>2</u> |
| DEFENDANT EDWARD K. LAFONTAINE'S MOTION TO DISQUALIFY THE CAMERON COUNTY DISTRICT ATTORNEY'S OFFICE FILED 04/21/99......................................... | <u>5</u> |
| MOTION TO DISMISS FOR VIOLATION OF SPEEDY TRIAL ACT FILED 04/21/99......................................... | <u>8</u> |
| ORDER OF ASSIGNMENT (SIGNED 04/23/99)................... | <u>11</u> |
| CLERK'S CERTIFICATE.................................... | <u>13</u> |

## C A P T I O N

THE STATE OF TEXAS     ) (

COUNTY  OF CAMERON     ) (

     IN THE **138TH** DISTRICT COURT OF CAMERON COUNTY, TEXAS THE HONORABLE **HON. ROBERT GARZA** JUDGE PRESIDING THE FOLLOWING PROCEEDINGS WERE HELD AND THE FOLLOWING INSTRUMENTS AND OTHER PAPERS WERE FILED IN THIS CAUSE. TO WIT:

         TRIAL COURT CAUSE NO. **96-CR-1627-B**

| | |
|---|---|
| THE STATE OF TEXAS | IN  THE  138TH  JUDICIAL |
| VS. | DISTRICT  COURT  OF |
| EDWARD K. LAFONTAINE<br>a/k/a EDWARD KENT HAVERSPERGER | CAMERON  COUNTY,  TEXAS |

CAUSE NO. 96-CR-1627-B

THE STATE OF TEXAS                *        IN THE DISTRICT COURT


VS.                               *        138TH JUDICIAL DISTRICT


EDWARD K. LAFONTAINE              *        CAMERON COUNTY, TEXAS


## DEFENDANT EDWARD K. LAFONTAINE'S MOTION TO RECUSE JUDGE ROBERT GARZA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant EDWARD K. LAFONTAINE by and through his attorney of record Alfredo Padilla and makes and files this his Motion to Recuse Judge Robert Garza, and in support of said motion would show the court as follows:

I.

The Defendant would respectfully show unto this Honorable Court that the Defendant herein has been incarcerated on the State's Motion to Revoke for over 320 days. The Defendant herein was brought before the Court on April 15, 1999, and when the Defendant attempted to complain to the Court concerning the length of his incarceration prior to trial the Court refused to consider the Defendant's Motion to Dismiss.

The Defendant herein believes that the Judge Robert Garza has already made his determination concerning the allegations in the State's Motion to Revoke and the Defendant herein believes that the

1

2

Defendant will not be afforded a fair hearing before Judge Robert Garza as required by the Defendant's rights of due process as guaranteed by the Fourteenth Amendment to the United States Constitution and Article 8, Section 19 of the Texas Constitution.

WHEREFORE, PREMISES CONSIDERED, the Defendant EDWARD LAFONTAINE respectfully requests this Honorable Court to order a hearing and that the court recuse himself from presiding over the above referenced matter.

Respectfully Submitted,

ALFREDO PADILLA
Attorney for Defendant
 EDWARD LAFONTAINE
1000 E. Van Buren
Brownsville, Texas 78520
(956) 544-7100
Fax (956) 544-0647

2

3

## CERTIFICATE OF SERVICE

I, ALFREDO PADILLA, do hereby certify that a true and correct copy of the above and foregoing Defendant Edward K. Lafontaine's Motion to Recuse Judge Robert Garza was hand-delivered on this _____ day of April, 1999, to:

> Hon. Yolanda de Leon
> Cameron County District Attorney
> 974 E. Harrison
> Brownsville, Texas 78520



_____
ALFREDO PADILLA

## CERTIFICATE OF SERVICE

**4**



FILED
AURORA ★ C,
APR 2 1999
BY
Zariota Hopkins

CAUSE NO. 96-CR-1627-B

| THE STATE OF TEXAS | * | IN THE DISTRICT COURT |
|---|---|---|
| VS. | * | 138TH JUDICIAL DISTRICT |
| EDWARD K. LAFONTAINE | * | CAMERON COUNTY, TEXAS |

## DEFENDANT EDWARD K. LAFONTAINE'S MOTION TO DISQUALIFY THE CAMERON COUNTY DISTRICT ATTORNEY'S OFFICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant EDWARD K. LAFONTAINE by and through his attorney of record Alfredo Padilla and makes and files this his Motion to Disqualify the Cameron County District Attorney's Office, and in support of said motion would show the court as follows:

I.

The Defendant would respectfully show unto this Honorable Court that the Defendant herein has been incarcerated on the State's Motion to Revoke for over 320 days. The Cameron County District Attorney's office is responsible for the prosecution of the State's motion.

Defendant would further show that the Cameron County District Attorneys office has committed prosecutorial misconduct in not pursuing the State's Motion to Revoke. The Defendant therefore intends to call the District Attorney and any Assistant District Attorneys who were involved in the prosecuting of the motion to revoke to act as witnesses in the above case and for the purposes

5

of this motion.

The action in representing the State of Texas and testifying as a witness could subject the witnesses to possible disciplinary action. The actions by the Cameron County District Attorney's office were improper and said actions violate the Defendant's rights of due process as guaranteed by the Fourteenth Amendment to the United States Constitution and Article 8, Section 19 of the Texas Constitution.

II.

The Defendant would further show unto this Honorable Court that most, if not all, of the District Attorney staff are material witnesses to said actions and as such the entire office of the Cameron County District Attorney be disqualified in representing the State of Texas in the above referenced matter.

WHEREFORE, PREMISES CONSIDERED, the Defendant EDWARD LAFONTAINE respectfully requests this Honorable Court to order that the Cameron County District Attorney be disqualified in the prosecution of the above referenced matter.

Respectfully Submitted,

ALFREDO PADILLA
Attorney for Defendant
  EDWARD LAFONTAINE
1000 E. Van Buren
Brownsville, Texas 78520
(956) 544-7100
Fax (956) 544-0647

6

## CERTIFICATE OF SERVICE

I, ALFREDO PADILLA, do hereby certify that a true and correct copy of the above and foregoing Defendant Edward K. Lafontaine's Motion to Disqualify the Cameron County District Attorney's Office was hand-delivered on this ___21 st___ day of April, 1999, to:

> Hon. Yolanda de Leon
> Cameron County District Attorney
> 974 E. Harrison
> Brownsville, Texas 78520

_____
ALFREDO PADILLA

**CERTIFICATE OF SERVICE**

7



CAUSE NO. 96-CR-1627-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT |
| VS. | * | 138TH JUDICIAL DISTRICT |
| EDWARD K. LAFONTAINE | * | CAMERON COUNTY, TEXAS |

## MOTION TO DISMISS FOR VIOLATION OF SPEEDY TRIAL ACT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, EDWARD K. LAFONTAINE, Defendant in the above entitled and numbered cause, and move the Court to dismiss the Motion to Revoke filed herein by the State of Texas, and in support of such motion shows as follows:

I.

The Defendant's rights under the Sixth Amendment and Fourteenth Amendment to the United States Constitution have been violated. The State of Texas has violated the Defendant's rights to a speedy trial in that the State of Texas has waited a considerable time without prosecuting the Defendant on the State's Motion to Revoke. The Defendant herein would show that he has been incarcerated for over 320 days awaiting a setting on the State's Motion to Revoke. As a result of said delay witnesses and other facts available to the Defendant have been lost.

II.

Defendant would further show that Texas Code of Criminal

1

8

Procedure Article 32A.02 requires the State of Texas to try the Defendant on or before 180 days from the date the Defendant is arrested. The Defendant would show that he has been detained for a period of sufficient length and that the State of Texas has violated the Defendant's right to a speedy trial pursuant to Article 32A.02.

WHEREFORE, the Defendant EDWARD K. LAFONTAINE prays that the Court grant this motion and dismiss the Motion to Revoke against the Defendant and order the Defendant to be released.

Respectfully submitted,

ALFREDO PADILLA
Attorney for Defendant
State Bar No. 15404600
1000 E. Van Buren
Brownsville, Texas 78520
(956) 544-7100
Fax (956) 544-0647

2

9

## CERTIFICATE OF SERVICE

I, ALFREDO PADILLA, do hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss for Violation of Speedy Trial Act was hand-delivered on this _____ day of April, 1999, to:

       Hon. Yolanda de Leon
       Cameron County District Attorney
       974 E. Harrison
       Brownsville, Texas 78520



       ALFREDO PADILLA

## CERTIFICATE OF SERVICE

10

THE STATE OF TEXAS
FIFTH ADMINISTRATIVE JUDICIAL REGION
ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Rule 18a Texas Rules of Civil Procedure, I assign the

**Honorable Menton Murray, Jr.**
Judge of the 103rd District Court

To the **138th** District Court of **Cameron** County, Texas.

This assignment is for the purpose of the assigned Judge hearing a Motion to Recuse the Honorable **Robert Garza** pending in Cause No. **96-CR-1627-B** Styled: **The State of Texas** vs **Edward K. LaFontaine**. This assignment is effective immediately and shall continue for such time as may be necessary for the assigned judge to hear and pass on such motion.

Signed this *23rd* day of April, 1999.


Acting Presiding Judge, Fifth Administrative
Judicial Region


ATTEST:

Administrative Assistant


Copies:
Judge Robert Garza
Assigned Judge Menton Murray, Jr.
Local Presiding Judge Menton Murray, Jr.
File

**11**

## APPOINTMENT OF ACTING PRESIDING JUDGE

Acting under the authority of Sec. 74.056 (c) Government Code, V.T.C.A. I hereby appoint the Honorable Menton Murray, Jr., Judge of the 103rd Judicial District Court of Texas, as Acting Presiding Judge of the Fifth Administrative Judicial Region of Texas with all of the rights, duties, and powers of Presiding Judge in the absence of the Presiding Judge. This appointment shall continue from and after this date at the pleasure of the Presiding Judge.

Dated:   June 10, 1991.

Darrell Hester, Presiding Judge
Fifth Administrative Judicial
Region of Texas

12

# C L E R K S '    C E R T I F I C A T E

**THE STATE OF TEXAS**        )(

**COUNTY OF CAMERON**        )(

I, **AURORA DE LA GARZA**,    CLERK OF THE DISTRICT COURTS OF CAMERON COUNTY, TEXAS DO  HEREBY CERTIFY THAT THE DOCUMENTS CONTAINED IN THIS RECORD TO WHICH THIS CERTIFICATION IS ATTACHED ARE ALL OF THE DOCUMENTS SPECIFIED BY TEXAS RULE OF APPELLATE PROCEDURE 34.5(a) AND ALL OTHER DOCUMENTS TIMELY REQUESTED  BY A PARTY TO THIS  PROCEEDING  UNDER  RULE  OF APPELLATE PROCEDURE 34.5(b).

TRIAL COURT NO. **96-CR-1627-B**

**THE STATE OF TEXAS**

**VS.**

**EDWARD K. LAFONTAINE
A/K/A EDWARD KENT HAVERSPERGER**

GIVEN UNDER MY HAND AND SEAL AT MY OFFICE IN CAMERON COUNTY, TEXAS THIS **1ST** DAY OF **DECEMBER**,  **2000**  .



**AURORA DE LA GARZA
CLERK OF THE DISTRICT COURTS OF
CAMERON COUNTY, TEXAS**

BY _____
JESSICA CRUZ

**13**