13 99 329    CR 

RECEIVED
IN THE 13TH COURT OF APPEALS
EDINBURG OFFICE

SEP 13 1999
CATHY WILBURN, CLERK
BY

REPORTER'S RECORD

VOLUME 1 OF 5 VOLUMES

TRIAL COURT CAUSE NO. 96-CR-1627-B

```
------------------x
                  :
THE STATE OF TEXAS        :  IN THE DISTRICT COURT
                  :
VS.               :  CAMERON COUNTY, TEXAS
                  :
EDWARD K. LAFONTAINE, A/K/A  :
EDWARD KENT HAUERSPERGER,    :
DEFENDANT         :
                  :  138TH JUDICIAL DISTRICT
                  :
------------------x
```

MASTER INDEX

Proceedings reported by machine shorthand.

**ORIGINAL**

DELIVERED SEP 13 1999

```
 1                          VOLUME 2
 2                       MOTION TO RECUSE
 3   APRIL 23, 1999                                    PAGE    VOL
 4   OPENING STATEMENT BY DEFENSE......................3       2
 5   DEFENDANT'S WITNESSES:
                                                       VOIR
 6   NAME                    DX    CX    RDX    RCX    DIRE    VOL
 7   LAFONTAINE, EDWARD K.    4     9    15     17     --      2
                                        17     --     --
 8
     COURT'S RULING....................................22      2
 9
     Adjournment.......................................23      2
10
     Court Reporter's Certificate......................24      2
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  ALPHABETICAL WITNESS INDEX
 2                       MOTION TO RECUSE
 3                                                    VOIR
 4   NAME                    DX    CX    RDX   RCX    DIRE   VOL
 5   LAFONTAINE, EDWARD K.    4     9    15    17     --      2
                                         17    --     --
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                   MASTER CHRONOLOGICAL INDEX
 3                            VOLUME 3
 4                    MOTION TO DISQUALIFY D.A.
 5    MAY 7 & 10, 1999                              PAGE      VOL
 6    Opening Statement by Mr. Padilla..................5       3
 7    DEFENDANT'S WITNESSES:
                                                      VOIR
 8    NAME                     DX    CX    RDX   RCX  DIRE     VOL
 9    JEFF STRANGE              5    23                         3
      GABRIELA GARCIA          16          24                   3
10    EDWARD LAFONTAINE        25                               3
      JOSE LUIS MATA           42    47                         3
11    WILLIE CARDOZA           48    58                         3
      Adjournment...................................62         3
12
      EDWARD K. LAFONTAINE     63                               3
13    Closing Arguments by Ms. Garcia..................81       3
14    Closing Arguments by Mr. Padilla.................83       3
15    Court's Ruling...................................84       3
16    Adjournment......................................89       3
17    Court Reporter's Certificate.....................89       3
                               VOLUME 4
18                   STATE'S MOTION TO REVOKE HEARING
19    MAY 10, 1999                                  PAGE      VOL
20    STATE'S WITNESSES:
                                                      VOIR
21    NAME                     DX    CX    RDX   RCX  DIRE     VOL
22    JOSE LUIS MATA            5                      10
      JOSE LUIS MATA                 20    36    40
23    DEFENDANT'S BILL OF EXCEPTION NO. 1..............23       4
24    COURT'S RULING...................................41       4
25    Adjournment......................................45       4
```

```
 1                    MASTER ALPHABETICAL INDEX

 2

 3                       MAY 7 & 10, 1999

 4
                                                       VOIR
 5    NAME                     DX     CX    RDX   RCX  DIRE   VOL

 6    CARDOZA, WILLIE          48     58                       3
      GARCIA, GABRIELA         16           24                 3
 7    LAFONTAINE, EDWARD       25                              3
      LAFONTAINE, EDWARD K.    63                              3
 8    LAFONTAINE, EDWARD K.               34
      LAFONTAINE, EDWARD K.               69
 9
      MATA, JOSE LUIS          42     47                       3
10    MATA, JOSE LUIS           5                        10    4
      MATA, JOSE LUIS                 20    36    40           4
11    STRANGE JEFF              5                              3
      STRANGE, JEFF                   23                       3
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       INDEX OF EXHIBITS
 2                       MAY 7 & 10, 1999
 3   STATE EXHIBITS:
 4   NO.   DESCRIPTION               OFFERED    RECEIVED    VOL
 5   1     ILLINOIS JUDGMENT            40         40        3
 6                       MAY 10, 1999
 7           STATE'S MOTION TO REVOKE HEARING
     STATE EXHIBITS:
 8
     NO.   DESCRIPTION               OFFERED    RECEIVED    VOL
 9
     2     SEX OFFENDER
10         REGISTRATION FORM            10         12        4
     3     FELONY DISP. SHEET           10         12        4
```

```
                    INDEX OF EXHIBITS

                    MAY 7 & 10, 1999

DEFENDANT EXHIBITS:

NO.   DESCRIPTION              OFFERED    RECEIVED    VOL

1     TRANSFER DOCUMENT            64        64        3
2     ARREST ENTRY FORM      64        64              3
3     SHERIFF'S CORRESP.           65        65        3
4     COUNTY FAX/AUSTIN            66        66        3
5     DEFENDANT'S REQUEST          75        75        3
```