|   |   |
|---|---|
| 1 | RECROSS-EXAMINATION |
| 2 | |
| 3 | Q. (BY MR. PADILLA) Officer, do you know -- did |
| 4 | you explain what a felony probation judgment was, or did |
| 5 | you just tell him that he was going to get one? |
| 6 | A. We usually read the conditions but we don't |
| 7 | really go into detail as to what a judgment is. |
| 8 | Q. As a matter of fact, you have no knowledge from |
| 9 | your conversations of whether you knew, or you believe |
| 10 | Mr. Hauersperger knew what the probation judgment was, do |
| 11 | you? |
| 12 | A. No. |
| 13 | MR. PADILLA: I pass the witness. |
| 14 | MS. GARCIA: I have no further questions. |
| 15 | THE COURT: You may step down. |
| 16 | **(Witness excused at 10:00 a.m.)** |
| 17 | |
| 18 | MS. GARCIA: Sir, this is the only witness |
| 19 | that the State has. |
| 20 | THE COURT: Mr. Padilla? |
| 21 | MR. PADILLA: Can I have a time to talk to |
| 22 | my client? |
| 23 | **(Discussion off the record and another** |
| 24 | **proceeding was handled in the interim)** |
| 25 | MR. PADILLA: May we have a two minute |

```
 1  break to go to the restroom?
 2               THE COURT:  All right.  Go ahead and take
 3  a breather.
 4               (Recess from 10:30 a.m. to 10:40 a.m.)
 5               THE COURT:  Mr. Padilla?  Call your next
 6  witness, please.
 7               MR. PADILLA:  We don't have any other
 8  witness.
 9               THE COURT:  All right.  I will consider
10  the evidence before this Court, and the defendant has
11  entered a plea of not true on the motion to revoke.  Is
12  that correct, Mr. Padilla?
13               MR. PADILLA:  Yes, Your Honor.
14               THE COURT:  And the State has presented a
15  motion on the Third Amended Motion to Revoke Community
16  Supervision.  The Court will find that the Defendant has
17  in fact violated the conditions of probation, failing to
18  report as set out in the motion to revoke, and
19  defendant's failure to consent, before leaving, and also
20  the Court will find that he has failed to participate in
21  the sexual offender program as ordered by the court.  The
22  rest of the conditions, the Court will not find them to
23  be true, on those three conditions.
24               What says the State?
25               MS. GARCIA:  Your Honor, the State
```

```
 1  requests that you revoke the Defendant LaFontaine and
 2  sentence him to the ten years that he was originally
 3  placed on probation for, Your Honor.
 4             THE COURT:  Mr. Padilla?
 5       A.    Your Honor, I would ask the court to consider
 6  leaving the defendant on probation, Your Honor.  I think
 7  that -- that the evidence although shows a violation,
 8  there was also some, you know, comparative,
 9  responsibility between the defendant and the probation
10  department.  In the alternative if the Court should see
11  fit to revoke the defendant's probation and sentence him
12  to a sentence of less than the ten years as previously
13  ordered by this Court -- or by the jury.
14             THE COURT:  Mr. LaFontaine?  The Court
15  having found that you violated the conditions of
16  probation, sir, I am going to order that your probation
17  be revoked.  And you will be ordered sentenced to the
18  Texas Department of Criminal Justice Institutional
19  Division conditioned on the previous judgment that was
20  entered against you sir, which is the ten years in
21  prison.
22             You are to be given credit for all time
23  spent while waiting to be tried and sentenced in this
24  particular case.  The conditions of staying away from the
25  victim will continue to apply.  And you will be ordered
```

1  remanded to the custody of the sheriff at this point in
2  time, and you will be held without bond. You may appeal
3  your matter as I've already expressed today. You can
4  appeal whatever you want to appeal. Mr. Padilla can be
5  of service to you as far as the appeal is concerned, but
6  that has to be done in the proper form.
7         THE WITNESS: Sir?
8         THE COURT: Yes.
9         DEFENDANT LAFONTAINE: It may make no
10 difference whatsoever, I was hoping I might be able to
11 speak before you pronounce sentence, sir, but for a long
12 time, I have lived as an alcoholic, a very severe one at
13 that -- and physical conditions going along with it.
14 Recently, I've been diagnosed as bipolar, and they are
15 claiming that it was no fault of mine at all, that I
16 wasn't self-medicating myself, and that I have come to
17 where I could live somewhat of a normal life taking my
18 medication correctly. And, I feel that -- I am a
19 different man.
20         THE COURT: Well, you didn't have -- we
21 didn't have an opportunity to do any of this,
22 Mr. LaFontaine. I mean, we don't have any information,
23 since you were released from this Court.
24         DEFENDANT LAFONTAINE: I was diagnosed
25 nine months ago, in jail.

```
 1                    THE COURT:  I understand that you were
 2   maybe in the jail process.  But at the time that you were
 3   released from my court, and I got the opportunity --
 4                    DEFENDANT LAFONTAINE:  I was an alcoholic.
 5                    THE COURT:  You were granted probation by
 6   the jury in spite of all of this thing.  We don't have
 7   any information about you.  I mean, if you got all of
 8   these medical records, and all of this medical, I could
 9   reconsider the term.  But, I am not impressed at all with
10   the violation, and that's the bottom line, is what it is
11   Mr. LaFontaine.  Your attorney has filed an oral notice
12   of appeal.  You will be given the right to appeal your
13   matters and the decision.
14                    DEFENDANT LAFONTAINE:  I appreciate that,
15   Your Honor.  May I say one last statement?
16                    THE COURT:  Sure.
17                    DEFENDANT LAFONTAINE:  You did order me
18   out of the state of Texas, to Missouri.
19                    THE COURT:  And I did --
20                    DEFENDANT LAFONTAINE:  And this gentleman
21   said that you were wrong, that I had to stay here in
22   Cameron County.  I said, I can't speak Mexican, and I
23   won't work for $5 an hour.  So I left.  I apologize.  But
24   you ordered me out of state.
25                    THE COURT:  I think that was one of the
```

```
 1  conditions.
 2              DEFENDANT LAFONTAINE:  I did not violate
 3  that; you ordered me.
 4              THE COURT:  I did order that, sir.
 5              DEFENDANT LAFONTAINE:  Yes.
 6          (Adjournment at 11:30 a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  THE STATE OF TEXAS:
 2  COUNTY OF CAMERON:
 3        I, ADELAIDO FLORES, Official Court Reporter in and
 4  for the 138th District Court of Cameron County, State of
 5  Texas, do hereby certify that the above and foregoing
 6  contains a true and correct transcription of all portions
 7  of evidence and other proceedings requested in writing by
 8  counsel for the parties to be included in this volume of
 9  the Reporter's Record, in the above-entitled and numbered
10  cause, all of which occurred in open court or in chambers
11  and were reported by me.
12        I further certify that this Reporter's Record of the
13  proceedings truly and correctly reflects the exhibits, if
14  any, admitted by the respective parties.
15        I further certify that the total cost for the
16  preparation of this Reporter's Record is $_____ and
17  was paid/will be paid by _____.
18        WITNESS MY OFFICIAL HAND on this the 7th day of
19  September, 1999.
20                              _____
                                ADELAIDO FLORES, Texas CSR
21                              Expiration Date: 12/31/2000
                                Official Court Reporter
22                              138th District Court
                                Cameron County, Texas
23                              974 East Harrison Street
                                Brownsville, Texas 78520
24                              (956) 544-0874
25
```