**13 99 329 CR**

RECEIVED IN THE 13TH COURT OF APPEALS EDINBURG OFFICE
SEP 14 1999
CATHY WILBURN, CLERK
BY

1

REPORTER'S RECORD

VOLUME 5 OF 5 VOLUMES

TRIAL COURT CAUSE NO. 96-CR-1627-B

```
----------------------x
                      :
THE STATE OF TEXAS    :  IN THE DISTRICT COURT
                      :
VS.                   :  CAMERON COUNTY, TEXAS
                      :
EDWARD K. LAFONTAINE, A/K/A  :
EDWARD KENT HAUERSPERGER,    :
DEFENDANT             :
                      :  138TH JUDICIAL DISTRICT
                      :
----------------------x
```

Proceedings reported by machine shorthand.

ORIGINAL

DELIVERED SEP 1 4 1999

1

2                MASTER CHRONOLOGICAL INDEX

3                         VOLUME 3

4                   MOTION TO DISQUALIFY D.A.

5    MAY 7 & 10, 1999                              PAGE     VOL

6    Opening Statement by Mr. Padilla...................5     3

7    DEFENDANT'S WITNESSES:
                                                      VOIR
8    NAME                    DX    CX    RDX   RCX   DIRE    VOL

9    JEFF STRANGE             5    23                         3
     GABRIELA GARCIA         16          24                   3
10   EDWARD LAFONTAINE       25                               3
     JOSE LUIS MATA          42    47                         3
11   WILLIE CARDOZA          48    58                         3
     Adjournment.......................................62     3
12
     EDWARD K. LAFONTAINE    63                               3
13   Closing Arguments by Ms. Garcia...................81     3

14   Closing Arguments by Mr. Padilla..................83     3

15   Court's Ruling....................................84     3

16   Adjournment.......................................89     3

17   Court Reporter's Certificate......................89     3
                              VOLUME 4
18                   STATE'S MOTION TO REVOKE HEARING

19   MAY 10, 1999                                  PAGE     VOL

20   STATE'S WITNESSES:
                                                      VOIR
21   NAME                    DX    CX    RDX   RCX   DIRE    VOL

22   JOSE LUIS MATA           5                       10
     JOSE LUIS MATA                20    36    40
23   DEFENDANT'S BILL OF EXCEPTION NO. 1...............23     4

24   COURT'S RULING....................................41     4

25   Adjournment.......................................45     4

```
 1                  MASTER ALPHABETICAL INDEX
 2
 3                   MAY 7 & 10, 1999
 4
                                                       VOIR
 5   NAME                     DX    CX    RDX   RCX    DIRE    VOL
 6   CARDOZA, WILLIE          48    58                          3
     GARCIA, GABRIELA         16          24                    3
 7   LAFONTAINE, EDWARD       25                                3
     LAFONTAINE, EDWARD K.    63                                3
 8   LAFONTAINE, EDWARD K.          34
     LAFONTAINE, EDWARD K.          69
 9
     MATA, JOSE LUIS          42    47                          3
10   MATA, JOSE LUIS           5                        10      4
     MATA, JOSE LUIS                20    36    40              4
11   STRANGE JEFF              5                                3
     STRANGE, JEFF                  23                          3
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    INDEX OF EXHIBITS
 2                    MAY 7 & 10, 1999
 3   STATE EXHIBITS:
 4   NO.   DESCRIPTION              OFFERED   RECEIVED   VOL
 5   1     ILLINOIS JUDGMENT           40        40       3
 6                       MAY 10, 1999
 7         STATE'S MOTION TO REVOKE HEARING
     STATE EXHIBITS:
 8
     NO.   DESCRIPTION              OFFERED   RECEIVED   VOL
 9
     2     SEX OFFENDER
10         REGISTRATION FORM           10        12       4
     3     FELONY DISP. SHEET          10        12       4
11
12
...
25
```

```
 1                    INDEX OF EXHIBITS
 2                    MAY 7 & 10, 1999
 3    DEFENDANT EXHIBITS:
 4    NO.   DESCRIPTION              OFFERED   RECEIVED   VOL
 5    1     TRANSFER DOCUMENT           64        64       3
      2     ARREST ENTRY FORM           64        64       3
 6    3     SHERIFF'S CORRESP.          65        65       3
      4     COUNTY FAX/AUSTIN           66        66       3
 7    5     DEFENDANT'S REQUEST         75        75       3
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```


STATE'S EXHIBIT

IN THE CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT OF ILLINOIS
LINCOLN, LOGAN COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
                   Plaintiff )
VS. ) No. 96 CF 157
 )
EDWARD KENT HAUERSPERGER   Defendant )

**FILED MAR 01 1999**
Carla Bender
Clerk of the Circuit Court
Logan County, Illinois

### JUDGEMENT AND SENTENCE OF CONDITIONAL DISCHARGE

Now on this 25th day of February, 1999, comes the State of Illinois by William G. Workman, State's Attorney, and the Defendant with Attorney Craig Reiser.

The Defendant tenders his plea of guilty to the Court for Theft, Class 3 Felony. The Court finds that there is a factual basis for a finding of guilty. The Court further finds that imprisonment in the Illinois Department of Corrections is not necessary for the protection of the public, and the following sentence does not deprecate the seriousness of the Defendant's conduct and is consistent with the ends of justice.

ACCORDINGLY IT IS THE ORDER OF THIS COURT, that the Defendant is placed on Conditional Discharge for a period of 12 months subject to the following conditions.

THE DEFENDANT SHALL:
1. (X) not violate any criminal statute of any jurisdiction;
2. (X) be prohibited from leaving the State of Illinois without the consent of the Court;
3. (X) pay court costs of $ 188.80 ;
4. (X) pay a fee of $25.00 to Logan County "Crime Stoppers' pursuant to 730 ILCS 5/5-6-3(b)(13);
5. (X) pay all fines, costs, restitution, and fees ordered herein from bond on file, if any, balance to the Probation Office on or before _____, 19__ in installments over a period of _____, the last such installment payment due no later than 60 days prior to end of Conditional Discharge;
6. (X) refrain from possessing a firearm or dangerous weapon;
7. (X) refrain from the use of any drug or substance prohibited by law or any alcoholic beverage during the term of this probation and further the defendant shall refrain from entering any place where the sale of alcoholic beverages is its principal business;
8. (X) submit to a breathalyzer test or urine analysis upon request of the Probation Department to determine the presence of alcohol or drugs and shall pay the fee or costs of such test;
9. (X) keep the Probation Officer advised of his place of residence and employment at all times; advising the Probation Officer immediately of any change therein and shall report as directed by the Probation Officer and make true answers to all questions asked by the Probation Officer or this Court during the period of probation; and permit the Probation Officer to visit him at his home or elsewhere;
10. (X) shall serve 180 days, with credit for 180 days time served, in the Logan County Safety Complex.

A copy of this order shall be given to the defendant and shall serve as a certificate of conditions of said order.

ENTER: March 1 , 1999　　　　　　　　　　_____
                                                        JUDGE

RECEIPT OF COPY

Edward Kent Hauersperger, defendant, acknowledges receipt of a true copy of this judgement and sentence and all exhibits, if any, attached hereto.

DATED: 3/2/99　　　　　　　　　　E.K. Hauersperger

## SEX OFFENDER REGISTRATION NOTIFICATION FORM - Probation

Forward Copy to: Texas Department of Public Safety
Criminal Intelligence Service
P. O. Box 4087
Austin, Texas 78773-0001

DATE OF NOTIFICATION: 03 / 25 / 97

DISTRICT COURT OF RECORD: 138TH      DOCKET NO.: _____
CAUSE NO.: 96-CR-1627-B
NOTIFYING AGENCY NAME: CAMERON/WILLACY COUNTIES COMMUNITY SUPERVISION
AGENCY ADDRESS: 974 E. Harrison      and CORRECTIONS DEPARTMENT
CITY: Brownsville      COUNTY NO: 031      TELE NO: 210 / 544 - 0832

Name of Offender: EDWARD K. LaFONTAINE      Race: White   Sex: Male
DOB: 01 / 04 / 61      Texas DL/ID#: _____      SSN: 356 / 58 / 9321
Current Address: at the present time no permanent address, but will reside in Cameron County,
City: possibly South Padre Island, Texas      State: ____   County Num: 031
Offense Description: Sexual Assault      Victim Age: 25

Personally appearing before me this date is, EDWARD K. LaFONTAINE, a sex offender who has a reportable conviction or adjudication, who has been duly notified of the responsibility to register or verify registration with the Sex Offender Registration Program, as defined in Article 6252-13c.1, Section 3: PRERELEASE NOTIFICATION.

The offender, as identified above, understands the obligations as defined in the above statute, affirming so by the following signature:

OFFENDER: X _[signature]_      Date: 3 / 29 / 97
Officer of the Court: _[signature]_      Date: 3 / 29 / 97

---

In the event that the OFFENDER REFUSES TO SIGN the above statement, an Officer of the Court is to certify the following statement:

On ___ / ___ / ___, _____, as identified above, a sex offender who has a reportable conviction or adjudication, personally appeared before me and was duly informed of the responsibility to register with the Sex Offender Registration Program, as defined in Article 6252-13c.1. As an Officer of the Court, I, _____, hereby certify that the above named and identified offender has been informed and has refused to sign this statement.

Officer of the Court: _____      Date: ___ / ___ / ___

*The original copy of this form is to be sent to the Texas Department of Public Safety. One (1) copy is to be placed in the offender's disposition file of the notifying agency and one (1) copy of this form is to be disseminated to a law enforcement agency nearest the residence address of the notified offender.



STATE'S EXHIBIT 2

| 548-9500 BROWNSVILLE | 425-9441 HARLINGEN | **Cameron-Willacy Counties** **Community Supervision & Corrections Dept.** Hall of Justice, 974 E. Harrison · Brownsville, Texas 78520-7197 | 689-2392 RAYMONDVILLE |

# FELONY DISPOSITION SHEET

NAME: LaFONTAINE, EDWARD K.   CAUSE NO. 96-CR-1627-B   I.D. NO. 92941

OFFENSE: SEXUAL ASSAULT   JUDGE: HON. ROBERT GARZA   DATE: 03-24-97

REDUCED TO: _____

SENTENCED TO:   T.D.C. FOR __10__ YEARS   C.J. ____ YEARS   PROBATED FOR __10__ YEARS

TYPE OF PROBATION: REG. PROB. ___ DEF. ADJ. ___ SHOCK ___ SPEC. ___ REST. CTR. ___

## CONDITIONS OF PROBATION

* A certified copy of the probation judgement will be issued at a later date.
a.) Commit no offense against the laws of this State or any other State or of the United States;
b.) Avoid injurious or vicious habits;
c.) Avoid persons or places of disreputable or harmful character;
d.) Report to the Probation Officer at least once per month or as directed by the officer at _____;
e.) Permit Probation Officer to visit with Probationer at home, work, or elsewhere at any and all times;
f.) Work faithfully at suitable employment;
g.) Remain in Cameron County unless permission to leave has been obtained from the Probation Officer;

h) Pay: Court costs $166.50 by $5.00 month    Fine $_____ by _____
   Attorney's Fees $500.00 by $10.00 month    PSI fee $300.00 by $5.00 month
   Restitution $_____ by _____    Probation fees $_____ at
   D.W.I fee $_____                                  $25.00 per month

i.) Support Probationer's legal dependents;
j.) Complete a financial statement upon a default of monthly payments;
k.) Complete an employment statement if not employed full time;
l.) Report any subsequent arrest to the Probation Officer within 10 days.

SPECIAL CONDITIONS 120 dys. C.J., Credit for time served
$50.00 Crime Stoppers within 60 days
450 hr. Comm. Service   Transfer out to MO
ADDITIONAL COMMENTS. Alcohol and Drug Counseling
Abstain from Consumption alcohol + drugs.   Sexual Offender Program
TSP ly.   Avoid victim   Register as a sexual offender at Sheriff's Dept.

### GENERAL INFORMATION
**CIVIL RIGHTS AND THE FEDERAL FIREARMS CONTROL ACT**

If you have been convicted of a FELONY offense, you have lost certain civil rights, namely the rights to vote, serve on a jury and hold public office.

The Gun Control Act of 1968 states: "Any person who is under indictment or who has been CONVICTED of a FELONY can not at any time during the rest of their life legally possess any type of firearm, including a shotgun, rifle, pistol, revolver, handgun, firearm receiver, bomb or other weapon covered by the act."

Violation of this Act is a federal offense and would also constitute a violation of your probation.

To obtain relief from this restriction, contact the United States Treasury Department

### CONDICIONES ESPECIALES PARA LOS EXTRANJEROS INDOCUMENTADOS

1. No debe regresar a los EE.UU. ILEGALMENTE.
2. Si Ud. regresa a los EE.UU. LEGALMENTE, entonces todas las condiciones de su libertad condicional le seran vigentes. Ademas, esta Ud. obligado a reportarse ante la Oficina de Libertad Condicional localizada en el 974 E. Harrison St., Brownsville, Texas, dentro de 24 horas despues de su regreso a los EE.UU.

Las condiciones de mi libertad condicional y el acta de Control de Armas de Fuego del 1968 fueron explicadas en espanol por el Oficial Judicial _____ y he entendido mis obligaciones y responsabilidades.

This is to certify that I have had the conditions of my probation and the Federal Gun Control Act of 1968 explained to me by Probation Officer _____ and I fully understand my obligations and responsibilities.

X _E. Keil LaFontaine_
PROBATIONER

The defendant was fully processed, fingerprinted and photographed. The defendant was instructed as to when and where to report.

_____   3-24-97
PROBATION OFFICER   DATE

Investigating Officer: Debra Vinson/msg   Court Officer: _____   Date: 3-24-97

DPO #4

STATE'S EXHIBIT 3

/                    DETENTION ENTRY
EXT: M.   TYPE: ....  FCN: .  BOOKING #: 9800021623 01  OPR: 560
RT: ...  AGENCY: TVS
AME: LAFONTAINE,EDWARD KENT              SEX: M RACE: W DOB: 010461 PID #: ........

ATL LOCATION: OUT        1ST OFFENSE: N  ATTORNEY: DENERO,CAROL
  T ARRESTS/PRISON: SEX ASSLT
    PROBATION/PAROLE: PROBATION/SEX ASSLT
ARITAL STATUS: .  RELIGION: ............  YEARS EDUCATION: ..
EXT OF KIN: HAUERSPERGER,ED       PHONE: 6297172 7217 RELATIONSHIP: FATH
DDRESS: ...... FRAC: ... DR: .. STR: .................... TYP: .... APT: .....
ITY: .................... ST: IL ZIP: ..........

CCUPATION: ...............  EMPLOYER: UNKNOWN            PHONE: ...........
MP ADDR: ...... FRAC: ... DR: .. STR: .................... TYP: .... AP: .....
ITY: .................... ST: .. ZIP: ..........

EH TOWED TO: N/A              MAKE: ....  MODEL: ...  STYLE: .. YR: ..
EH LICENSE: ..........  LIS: ..  LIY: ..  COLOR: ... ...

ELEASE CODE:  EXTR DATE: (111998 TIME:) 0415  OFCR: ALEXANDER,D       ID: 560
OMMENT: NO FUNDS    2B2                                  FUND: 000000 00 0
ONTROL#: 001  SECURITY: ..  PURGE DATE: ......

                    Sent Ill.



```
/                     ARREST ENTRY
EXT: M.   TYPE: ....  FCN: .  BOOKING #: 9800021623 01  OPR: 1911
RT: ...   AGENCY: TVS

AME: LAFONTAINE,EDWARD KENT           SEX: M RACE: W DOB: 010461 PID #: ........

 KING DATE: 053098  TIME: 1552  BOOKING OFCR: MILLIGAN,V           ID: 1911
RANSPORT OFCR: ................. ID: ......
CIC CHECKED?: IN/OUT: Y .   STATE?: IN/OUT: Y .   LOCAL?: IN/OUT: Y .

-------------------------- ARRESTING AGENCY INFO ---------------------------
GENCY ID: TX2270100   OFFENSE #: 981500934
RREST DATE: 053098 TIME: 1520 ARREST OFCR: VINEYARD,T          ID: 3024
RR LOC:    2700 FRAC: ... DR: .. STR: RIO GRANDE         TYP: ST   APT: .....
ITY: AUSTIN              STATE: TX
ROPERTY BOX #: 108   FIREARM CODE: N TRANS HAZ MAT: N OPER COMM VEH: N
DDITIONAL AGY INFO: ............................  ...........................
                    ............................  ...........................
                    ............................  ...........................
ELATED CONTROL NUMBERS: ................  ..............
OMMENTS: NEG 29  ALICE/1911  053098 1822
         APD
ONTROL#: 001  SECURITY: ..  PURGE DATE: ......
```

Gave your other request for Hospital results to Mike Summers he said he would have them sent.

The arrest and detention screens should cover your time in T.C.J.

Cannot retrieve the warrant information on my computer suggest writing Cameron County.

H Smiew 614



start
11-9-98

# CAMERON COUNTY SHERIFF'S DEPARTMENT



OMAR LUCIO, SHERIFF
PHONE (956) 550-7290

P.O. BOX 3470
954 E. HARRISON
BROWNSVILLE, TX 78521

*Facsimile Coversheet*

DATE: 1-5-99

YOUR AGENCY: Logan Co. Ill.

TO: Jail

FAX #: 217-732-3323

FROM: Willie Cardoza

OUR FAX#: (956) 544-0878

You should receive _____ page(s), NOT including this cover sheet. Should you experience problems receiving, or fax is incomplete, please phone the above named individual at the number listed.

THE INFORMATION CONTAINED IN THIS FAX IS CONFIDENTIAL AND/OR PRIVILEGED. THIS FAX IS INTENDED TO BE REVIEWED INITIALLY BY THE INDIVIDUAL NAMED ABOVE. IF THE READER OF THIS TRANSMITTAL PAGE IS NOT THE INTENDED RECIPIENT OR A REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, OR COPYING OF THIS FAX, OR INFORMATION CONTAINED THEREIN, IS PROHIBITED AND ARE LIABLE TO CRIMINAL PROSECUTION. IF YOU HAVE RECEIVED THIS FAX IN ERROR, IMMEDIATELY CALL THE SENDER NAMED ABOVE COLLECT.

COMMENTS: Ref Edward Lafontaine Please Place a hold on subject We will Extradite

DEFENDANT'S EXHIBIT 3

```
AM.IL0540000
17:01 05/30/98 10491
17:01 05/30/98 09793 TX2270000
TXT (TX2270000,IL0540000)
MSG NR:AZL053098
```

SO TRAVIS CO

ATTN:MILLIGAN/BOOKING

HIT CONFIRMATION RESPONSE - REF MSG:

RTY/.CON/.HRS/

LDS OR NIC:W96X5245.OCA:96CF157.RECORD IDENTIFIERS:HAVER.
SBERGER,EDWARD KENT.DOB 010461.

RECORD STATUS:WARRANT IS VALID--BOND AMOUNT IS $15000.00/10%
TO APPLY
ADDL TEXT/PLEASE CONTACT AM DAY SHIFT ON MONDAY FOR EXTRADITIO
N--THANKS DEBBIE LOGAN CO SO 217-732-4159

LOGAN CO SO  AUTH:D KIMBERLIN
1858 CDT    OK

OUTPUT MSG 012,    FROM NLT# FOR TCSZ    05/30/98 18:59
DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY

```
P S W J                 TLETS MESSAGE                    05/30/98
C A D              AUSTIN POLICE DEPARTMENT              15:08
*************************************************** MSG #981500288.25
FROM:CAMERON COUNTY SO CONFIRMER'S NAME: PRAZELINI
TO:AUSTIN PD REQUESTOR NAME: VALLEJO
```

**HIT CONFIRMATION RESPONSE****

THE RECORD BELOW IS CONFIRMED

.OCA/96CR1278

**WANTED PERSON**

.NAM/LAFONTAINE,EDWARD K.DOB/010461.SEX/M.RAC/W.

PHONE: (956)544-0460 FAX: (956)544-0878

REMARKS:
THE ABOVE HIT IS VALID PLEASE DETAIN AND HOUSE THE ABOVE SUBJ FOR THE ABOVE
WARRANT SEXUAL ASSAULT NO BOND THIS DEPT WILL EXTRADITE
PHOTO AVAILABLE:NO ALT PHONE: (956)550-7290
FROM:CAMERON COUNTY SO CO5 30 1539 CDT

DEFENDANT'S EXHIBIT 4

**INMATE**   ☑ **REQUEST**   ☐ **COMPLAINT**   ☐ **GRIEVANCE**

Date: Nov. 2nd 98'     Reviewed By (Employee Initials & Emp #): DC-717

TO: R&D

FROM: LaFontaine, E.K.     DOB: 010461

Building / Unit / Cell: 1D 13A     Booking #: 98-21623

**Return to Inmate**

Need to Know charges, Hold's and or detainer's, Please. Cause Numbers where available.

Check w/ Valley ?

---

**Staff Action / Response**

#1 Cameron Co Prob Viol 5x ast No Bond
#2 OOS - Illinois Theft 15,000 or 10% of that

A. Tidwell 410     11/6/98

Responding Employee & Emp #     Date

DEFENDANT'S EXHIBIT 5

White Copy: Return to Inmate     Yellow Copy: Inmate Incarceration File
Revised 09/97

```
 1   THE STATE OF TEXAS:
 2   COUNTY OF CAMERON:
 3        I, ADELAIDO FLORES, Official Court Reporter in and
 4   for the 138th District Court of Cameron County, State of
 5   Texas, do hereby certify that the above and foregoing
 6   contains a true and correct transcription of all portions
 7   of evidence and other proceedings requested in writing by
 8   counsel for the parties to be included in this volume of
 9   the Reporter's Record, in the above-entitled and numbered
10   cause, all of which occurred in open court or in chambers
11   and were reported by me.
12        I further certify that this Reporter's Record of the
13   proceedings truly and correctly reflects the exhibits, if
14   any, admitted by the respective parties.
15        I further certify that the total cost for the
16   preparation of this Reporter's Record is $ 692.50 and
17   was paid/will be paid by CAMERON County.
18        WITNESS MY OFFICIAL HAND on this the 7th day of
19   September, 1999.
20
                              ADELAIDO FLORES, Texas CSR
21                            Expiration Date: 12/31/2000
                              Official Court Reporter
22                            138th District Court
                              Cameron County, Texas
23                            974 East Harrison Street
                              Brownsville, Texas 78520
24                            (956) 544-0874
25
```