COURT OF APPEALS

Thirteenth Judicial District

Corpus Christi, Texas

    Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth Judicial District of Texas, at Corpus Christi, as of the 1st day of March, 2001. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-99-329-CR                              (Tr.Ct.No. 96-CR-1627-B)

EDWARD LAFONTAINE,                                              Appellant,

v.

THE STATE OF TEXAS,                                                 Appellee.

On appeal to this Court from Cameron County, Texas.

\* \* \* \* \* \* \*

## JUDGMENT

On appeal from the 138th District Court of Cameron County, Texas, from a judgment signed May 10, 1999. Opinion by Justice Linda Reyna Yañez. Do not publish. TEX. R. APP. P. 47.3.

THIS CAUSE was submitted to the Court on February 28, 2001, on the record and briefs. These having been examined and fully considered, it is the opinion of the Court that there was no error in the judgment of the court below, and said judgment is hereby AFFIRMED against appellant, EDWARD LAFONTAINE.

It is further ordered that this decision be certified below for observance.

\* \* \* \* \* \*

CATHY WILBORN, CLERK